**Trent Baker**
**J.R. Casillas**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134
tbaker@dmllaw.com; kfaust@dmllaw.com
jrcasillas@dmllaw.com; areiber@dmllaw.com

*Attorneys for John and Stacy Ambler*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>Defendant. | CV 23-151-M-DLC-KLD<br><br>**MOTION FOR EXTENSION OF TIME** |

COMES NOW Plaintiffs John and Stacy Ambler (hereinafter "Amblers") by and through their counsel of record, Trent N. Baker and JR Casillas of Datsopoulos, MacDonald and Lind, P.C., and hereby respectfully requests the Court to extend the

time of which to hold the Preliminary Pretrial Conference currently scheduled for March 19, 2024, at 11:00 a.m.

The extension of time is necessary due to a conflict in Plaintiffs' schedule and said conflict cannot be rescheduled. Plaintiffs respectfully request the hearing be rescheduled for the week of March 25, 2024, or thereafter.

DATED this 4th day of January, 2024.

                Datsopoulos, MacDonald & Lind, P.C.

                By: */s/ Trent N Baker*
                      Trent N. Baker
                      Attorneys for Petitioners