IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>Defendant. | CV 23-151-M-DLC-KLD<br><br>ORDER |

Plaintiffs John Ambler and Stacy Ambler have filed a Motion to extend the Preliminary Pretrial Conference currently set for March 19, 2024, at 11:00 a.m (Doc. 4). Accordingly, and good cause appearing,

IT IS ORDERED that the Motion (Doc. 4) is GRANTED. The Preliminary Pretrial Conference currently set for March 19, 2024, is VACATED and RESET for March 26, 2024, at 11:00 a.m.

DATED this 4th day of January, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge