UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER AND STACY AMBLER,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>　　　　　　　　Defendant. | Case No. CV-23-151-M-DLC-KLD<br><br>NOTICE AND CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |

NOTIFICATION OF ASSIGNMENT
TO UNITED STATES MAGISTRATE JUDGE

YOU ARE HEREBY NOTIFIED that this case has been referred to a United States Magistrate Judge for the District of Montana for all pretrial proceedings pursuant to 28 U.S.C. 636(b)(1) and L.R. 72.2(a).

You are advised that, pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and L.R. 73.1, you may consent to have a Magistrate Judge exercise jurisdiction over the case and conduct trial, entry of judgment, and post-judgment proceedings.  You are free to withhold consent to the Magistrate Judge's exercise of jurisdiction without adverse substantive consequences.  However, the withholding of consent may have the adverse procedural consequences of a delay in trial due to speedy trial considerations in criminal cases.  In accord with Fed.R.Civ.P. 73(b) and L.R. 73.1, neither the Article III judge nor the Magistrate Judge will be informed of

your response to this notification, unless all parties have consented to the assignment of the case to the Magistrate Judge.

Registered CM/ECF filers should e-file the enclosed consent form using the event Consent to Jurisdiction by Magistrate Judge – by Party (in non social security cases) or the Social Security Consent to Jurisdiction by Magistrate Judge – by Party (in social security cases). These events are found by clicking Civil and selecting Consents under the Other Filings heading. Individual party consents do not include the name of the filer, and the PDF attached to the entry is restricted to protect the voluntariness of the party's consent under 28 U.S.C. § 636(c)(2). Non-registered filers should mail the enclosed consent form to the Clerk of Court, Missoula Division, Russell Smith Federal Courthouse, 201 E. Broadway, Missoula, MT 59802 conventionally, via United States Mail,

All forms should be returned no later than fourteen (14) days from the date of notification, indicating on the form whether you **do** or **do not** consent to the Magistrate Judge's exercise of jurisdiction over this case. In the event you do not consent, an Article III judge will retain jurisdiction of the case.

DATED this 10th day of January, 2024.

TYLER P. GILMAN, CLERK
UNITED STATES DISTRICT COURT

**ACTION REQUIRED!**

/s/ Annie Puhrmann
Annie Puhrmann,
Deputy Clerk

**CASE NUMBER:** CV-23-151-M-DLC-KLD

**JOHN AMBLER AND STACY AMBLER**,
Plaintiff,

vs.

**FLATHEAD CONSERVATION DISTRICT**,
Defendant.

CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |