**Trent Baker**
**J.R. Casillas**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134
Email: tbaker@dmllaw.com
Email: jrcasillas@dmllaw.com

*Attorneys for Plaintiffs*

**Camisha Booth Sawtelle**
SAWTELLE LAW FIRM PLLC
PO Box 5117
Whitefish, Montana 59937
Telephone: (406) 730-1399
Email: camisha@sawlawmt.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>    Defendant. | CV 23-151-M-DLC-KLD<br><br>**STATEMENT OF STIPULATED FACTS** |

COME NOW the Plaintiffs, John and Stacy Ambler (hereinafter "Amblers" and/or "Plaintiffs'"), and Defendant, Flathead Conservation District (hereinafter "FCD"), by and through their counsel, and submit the following statement of stipulated facts:

1. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1391(c) because the Property is located in this District, the events giving rise to Plaintiffs' claims occurred in this District and the FCD conducts activities and may be found in this District.

2. The real property at issue is private property, also known as an "inholding," owned by the Amblers and is located in Apgar Village within Glacier National Park (hereinafter the "Property") and is more particularly described as:

   **S23, T32 N, R19 W, 17376-10, PARCEL N/A, TR 2EBCA IN L3, FLATHEAD COUNTY, MONTANA.**

3. The FCD is charged with administration of The Montana Natural Streambed and Land Preservation Act (the "NSLPA") under Mont. Code Ann. § 75-7-101 et seq.

4. In 2023, the FCD asserted jurisdiction over the Property and advised the Amblers that they violated the NSLPA, that they must remove their structure and that they must apply to the FCD for and obtain a 310 permit under the

NSLPA for the removal.

5. The Amblers requested a "declaratory ruling" from the FCD, which is an internal or administrative process that allows a party to appeal a determination that the FCD has jurisdiction, wherein the Amblers asserted that federal and Montana law both say that the FCD does not have jurisdiction over the property.

6. On November 13, 2023, at the conclusion of the FCD's internal declaratory ruling proceedings, the FCD again decided that the Amblers violated the NSLPA, that they must remove their structure and that they must apply for and obtain a 310 permit to do so.

7. The FCD asserts that it has jurisdiction over the Amblers' Property, that the 310 Law applies to the Ambler Property and the FCD has the jurisdiction to decide that the Amblers violated the NSLPA, that they must remove their structure and that they must apply for and obtain a 310 permit from the FCD to do so.

8. The Amblers dispute that the FCD has jurisdiction over the Property and dispute that the NSLPA applies to the Property.

DATED this 12th day of March, 2024.

                              DATSOPOULOS, MACDONALD & LIND, P.C.
                              By: */s/ Trent Baker*
                                 **Trent Baker**
                                 Email: tbaker@dmllaw.com
                                 **J.R. Casillas**
                                 Email: jrcasillas@dmllaw.com
                                 Central Square Building
                                 201 West Main Street, Suite 201
                                 Missoula, Montana 59802
                                 Telephone: (406) 728-0810
                                 Facsimile:  (406) 543-0134

                                 *Attorneys for Plaintiffs Stacy and John Ambler*

DATED this 12th day of March, 2024.

                                 SAWTELLE LAW FIRM PLLC

                              By: */s/ Camisha Booth Sawtelle*
                                 **Camisha Booth Sawtelle**
                                 Email: camisha@sawlawmt.com
                                 PO Box 5117
                                 Whitefish, Montana 59937
                                 Telephone: (406) 730-1399

                                 *Attorney for Defendant*