IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>Plaintiff,<br><br>vs.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>Defendant. | CV 23-151-M-DLC-KLD<br><br>ORDER |

A preliminary pretrial conference in this case was held on March 26, 2024. Plaintiff was represented by Trent N. Baker. Defendant was represented by Camisha Sawtelle. After discussion and upon the agreement of the parties, the following order is entered.

**1.** The following schedule will govern all further pretrial proceedings:

| | |
|---|---|
| Initial Disclosures: | April 26, 2024 |
| Deadline for Amending Pleadings: | April 26, 2024 |
| Discovery Cutoff: | May 17, 2024 |

1

| | |
|---|---|
| Simultaneous Cross-Motions for Summary Judgment: | June 3, 2024 |
| Deadline for Response Briefs: | June 24, 2024 |
| Deadline for Reply Briefs: | July 12, 2024 |

**The parties may stipulate to the extension of any of the above deadlines that precede the motions deadline, without a court order.  However, parties seeking a continuance of the motions deadline or any subsequent deadline must file a motion with the Court.  Such motions will not be granted absent compelling reasons, which do not include delay attributable to the parties' stipulated extensions.**

**IT IS FURTHER ORDERED:**

**2. Local Rules and Electronic Filing**.  Parties are advised that revised Local Rules for the District of Montana became effective December 1, 2023, and apply in all cases pending when changes become effective.  In addition, all counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  All counsel must show cause if they are not filing electronically.  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  See also L.R. 1.4.

**3. Service by E-Mail for Parties Not Filing Electronically**.  Parties not filing electronically may consent to be served by e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), by agreeing to such service in writing.

**4. Stipulations**.  Pursuant to Fed. R. Civ. P. 16(c)(2)(C), the following facts are admitted and agreed upon: those set forth in the Statement of Stipulated Facts (Doc. 11).

**5. Cooperation and Proportionality**.  The lawyers and the parties are responsible for securing the "just, speedy, and inexpensive determination" of this proceeding. Fed. R. Civ. P. 1.  Discovery shall be proportional to the reasonable needs of the case.  Fed. R. Civ. P. 26(b)(1).

**6. Discovery Exhibits**.  <u>During discovery, the exhibits shall be numbered seriatim.</u>

**7. Foundation & authenticity of discovery items**.  Pursuant to Fed. R. Civ. P. 16(c)(2)(C), the parties stipulate to the foundation and authenticity of all discovery items produced in pre-trial disclosure and during the course of discovery.  However, if counsel objects to either the foundation or the authenticity of a particular discovery item, then counsel must make a specific objection to opposing counsel, in writing, prior to the deadline for the close of discovery.  If a discovery item is produced and the producing party objects either to its foundation or authenticity, the producing party shall so state, in writing, at the time of production.  This stipulation extends only to the document itself, not to foundation for witnesses discussing the document at trial.  All other objections are reserved for trial.

**8. Supplementation of Discovery Responses**.  Pursuant to Fed. R. Civ. P. 26(e), the parties have an affirmative obligation to supplement all discovery responses, as necessary, throughout the course of the litigation.

**8a.  Motions to Compel Discovery.**  Unresolved discovery disputes must be presented to the Court for resolution promptly. Before filing a discovery motion, the parties shall file a joint motion for an informal discovery status conference, requesting that the Court conduct a telephonic conference for the purpose of discussing the discovery dispute. Although not required, the parties may file up to four pages, double spaced, in a joint submission to the Court. If the parties cannot agree on the content of the submission, each party may file no more than two pages, double spaced, in a jointly filed submission.  Discovery motions should be filed only if the discovery dispute remains unresolved following the telephone conference.

     Prior to filing a motion to compel discovery, counsel must advise the client that the loser will pay the opposing party's associated fees and costs.  *See* Fed. R. Civ. P. 37(a)(5).  Counsel must certify its compliance with this requirement in the motion.  In addition, at the time of the motion is fully-briefed, both parties shall file affidavits with the Court detailing their known fees and costs associated with the motion.

**9. Unopposed Motions.**  Unopposed motions shall be accompanied by a proposed order, separate from the motion.  The proposed order shall be a Word document with 14-point Times New Roman font, and there shall be no code or formatting in the case caption in the proposed order.  The proposed order shall be e-filed under the heading "Text of Proposed Order" and e-mailed to kld_propord@mtd.uscourts.gov.  Failure to comply with this procedure will result in delayed resolution of the unopposed motion.

**10. Hearings & Oral Arguments**.  Parties shall provide an alphabetized index of cases expected to be referenced, with citations, to the Court Reporter immediately prior to any oral argument or hearing.

DATED this 26th day of March, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge