Camisha Sawtelle
Sawtelle Law Firm PLLC
PO Box 5117
Whitefish, MT 59937
(406) 730-1399
Attorney for Defendant

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| JOHN AMBLER AND STACY AMBLER, | |
| Plaintiffs, | CV 23-151-M-DLC-KLD |
| vs. | **INITIAL DISCLOSURES** |
| FLATHEAD CONSERVATION DISTRICT, | |
| Defendant. | |

COMES NOW, Defendant Flathead Conservation District ("FCD"), and submits its Initial Disclosure in compliance with Federal Rules of Civil Procedure 26(1)(a) and as required by the Order issued on March 26, 2024.

**i.  Name, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses.**

   **1.** Samantha Tappenbeck, (406) 752-4220, 133 Interstate Lane, Kalispell, Montana 59901. As Resource Conservationist for FCD, Samantha can

speak to FCD's process and compliance with laws and regulations.

2. Roger Marsonette, (406) 752-4220, 133 Interstate Lane, Kalispell, Montana 59901. As a Supervisor, Roger has information about FCD's compliance with laws and regulations regarding Conservation Districts in Montana.

3. Scott Rumsey, (406) 752-4220, 133 Interstate Lane, Kalispell, Montana 59901. As a Supervisor, Scott has information about FCD's compliance with laws and regulations regarding Conservation Districts in Montana.

4. John Ellis, (406) 752-4220, 133 Interstate Lane, Kalispell, Montana 59901. As a former Supervisor, John has information about FCD's compliance with laws and regulations regarding Conservation Districts in Montana.

5. Donna Pridmore, (406) 752-4220, 133 Interstate Lane, Kalispell, Montana 59901. As a Supervisor, Donna has information about FCD's compliance with laws and regulations regarding Conservation Districts in Montana.

6. Mike Kopitzke, (406) 752-4220, 133 Interstate Lane, Kalispell, Montana 59901. As a Supervisor, Mike has information about FCD's compliance

with laws and regulations regarding Conservation Districts in Montana.

7. Pete Woll, (406) 752-4220, 133 Interstate Lane, Kalispell, Montana 59901. As a Supervisor, and Chairman, Pete has information about FCD's compliance with laws and regulations regarding Conservation Districts in Montana.

8. Leo Rosenthal, Whitefish, Montana. Montana Department of Fish, Wildlife and Parks representative. Leo can speak to the role of FWP in administering the Act. Leo can also explain the process for approving federal projects, which require a different permit.

9. Gina Icenoggle. 64 Grinnell Drive, West Glacier, Montana 59936. (406) 888-5838. Glacier National Park Public Information Officer. Gina likely has information regarding the Plaintiffs' communication with representatives from Glacier National Park.

10. Jim Foster, 64 Grinnell Drive, West Glacier, Montana 59936. (406) 888-7800. Glacier National Park Chief of Utility Management. May have information regarding the Plaintiffs' communication connection to Apgar utilities.

11. John Lucke, 64 Grinnell Drive, West Glacier, Montana 59936. (406) 888-

7800. Glacier National Park Deputy Chief for Facilities. May have information regarding the Plaintiffs communication with representatives from Glacier National Park and utilities.

12. Chris Downs, 64 Grinnell Drive, West Glacier, Montana 59936. (406) 888-7800. Glacier National Park Aquatic and Physical Science Programs Leader. May have information regarding the lack of environmental regulation of private inholdings and compare it to the requirements of projects initiated by the park.

13. Laurie Zeller, Helena, Montana. (406) 459-1236. Served as Hearings Officer in the Declaratory Ruling for FCD related to the Ambler Project.

14. Brian Bramblett, PO Box 201601 Helena, MT 59620-1601 (406) 444-9758. DNRC Legal Counsel. Brian has information on DNRC's role in Conservation District work.

15. Stephanie Criswell, Helena Montana. CD Bureau Chief. (406) 444-6669. Stephanie may have information regarding the implications on other Conservation District projects across the state.

16. Hailey Graf, Kalispell, Montana (406) 437-4435. Stream permit coordinator Montana DNRC. Hailey has information on the Supervisors

process and compliance with applicable rules.

17. Dave Roemer, 64 Grinnell Drive, West Glacier, Montana 59936. (406) 888-7800. Glacier National Park Superintendent. Mr. Roemer may provide information regarding the Park's lack of regulation of construction on private property.

**ii.  Documents and information Defendants have in their possession that may be used to support their claims or defenses.**

The Administrative Record of FCD related to the Declaratory Ruling Proceedings are available at: https://flatheadcd.org/310-stream-permits/declaratory-ruling-mcdonald-creek-violation.

**iii.  Computation of each category of damages.**

Defendant claims no damages in this federal case other than legal fees.

**iv.  Insurance Agreements.**

FCD has no insurance agreements related to this matter.

DATED this 26th day of April, 2024.

SAWTELLE LAW FIRM PLLC

By: ___/s/   Camisha Sawtelle
     Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Camisha Sawtelle of SAWTELLE LAW FIRM PLLC, do hereby certify that on the 26th day of April, 2024, I served a true and correct copy of the foregoing document upon the persons named below, by email:

DATSOPOULOS, MACDONALD & LIND, P.C
Trent Baker
Email: tbaker@dmllaw.com
J.R. Casillas
Email: jrcasillas@dmllaw.com
201 West Main Street, Suite 201
Missoula, Montana 59802


   /s/   Camisha Sawtelle
Camisha Sawtelle