David K. W. Wilson, Jr.
Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT 59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>Plaintiffs,<br><br>v.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>Defendant. | Cause No.: CV 23-151-M-DLC-KLD<br><br>**FRIENDS OF MONTANA STREAMS AND RIVERS' MOTION TO INTERVENE** |

Comes now, Friends of Montana Streams and Rivers ("FMSR"), through counsel, and respectfully requests that this court permit it to intervene pursuant to Rule 24, F. R. Civ. P., as a matter of right or through permissive intervention. FMSR intends to intervene on behalf of the defendant, as to Count I.

Counsel for the Plaintiffs have been contacted and object. Counsel for the Defendant has been contacted and does not object.

Dated this _26th_ day of April, 2024.

                                          MORRISON SHERWOOD
                                        WILSON DEOLA, PLLP

                                  By: _____
                                        Robert Farris-Olsen

                                        *Attorneys for the Proposed*
                                        *Intervenors FMSR*