Camisha Booth Sawtelle
Sawtelle Law Firm PLLC
PO Box 5117
Whitefish, MT 59937
(406) 730-1399
camisha@sawlawmt.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| JOHN AMBLER AND STACY AMBLER, | |
| Plaintiffs, | CV 23-151-M-DLC-KLD |
| vs. | **MOTION FOR SUMMARY JUDGMENT** |
| FLATHEAD CONSERVATION DISTRICT, | |
| Defendant. | |

COMES NOW, Plaintiff Flathead Conservation District ("FCD"), through their

attorney Camisha Booth Sawtelle of Sawtelle Law Firm, PLLC, and moves this

honorable court for summary judgment pursuant to Fed. R. of Civ. P. 56 on the issue

of whether the Montana Natural Streambed and Land Preservation Act, found at

Title 75, Chapter 7, part 1, Mont. Code Ann. applies to a private inholding in the

boundary of Glacier National Park.

Summary judgment is appropriate where there are no genuine issues of

material fact and the moving party is entitled to judgment as a matter of law. Based

on evidence contained in the record and for the reasons and authority set forth in

the accompanying brief and statement of undisputed facts, FCD requests this Court

grant this motion for summary judgment and issue the relief requested.

Respectfully submitted this 3rd day of June, 2024.

SAWTELLE LAW FIRM PLLC

By:  ____/s/____ Camisha Booth Sawtelle____
Attorney for Defendant