Camisha Booth Sawtelle
Sawtelle Law Firm PLLC
PO Box 5117
Whitefish, MT 59937
(406) 730-1399
camisha@sawlawmt.com
Attorney for Defendant

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER AND STACY AMBLER, | |
| Plaintiffs, | CV 23-151-M-DLC-KLD |
| vs. | **DEFENDANT'S STATEMENT OF UNDISPUTED FACTS** |
| FLATHEAD CONSERVATION DISTRICT, | |
| Defendant. | |

COMES NOW, Plaintiff Flathead Conservation District ("FCD"), through their attorney Camisha Sawtelle of Sawtelle Law Firm, PLLC, and files this Statement of Undisputed Facts pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1.

1.      FCD is a governmental subdivision of the State of Montana and a public body corporate and politic, duly created and existing under and by virtue of the laws of the State of Montana. § 76-15-103(3), M.C.A.

2.      In 1948, affected residents voted to expand FCD's boundaries to incorporate all of Flathead County and incorporated cities and towns, including the unincorporated town of Apgar, Montana. DSOF 1.

3.      FCD is charged with:

   a.  The administration of laws pertaining to the Montana Natural Streambed and Land Preservation Act, found at Title 75, Chapter 7, Part 1, Montana Code Annotated ("the Act" or "310 Law");

   b.  Enforcing the policy of the state of Montana that "its natural rivers and streams and the lands and property immediately adjacent to them within the state are to be protected and preserved to be available in their natural or existing state and to prohibit unauthorized projects and, in so doing, to keep soil erosion and sedimentation to a minimum." § 75-7-102, M.C.A.

4.      The rules implementing the Act are set out in the Administrative Rules of Montana 36.2.401 through 410 and FCD's Rules revised in 2019.

5.      The Act does not outright prohibit development or work on streams. Rather, the Act requires due consideration and review of any proposed project before implementation. A project is defined broadly by the Act as "a physical

alteration or modification that results in a change in the state of a natural, perennial-flowing stream or river, its bed, or its immediate banks." § 75-7-103(5), M.C.A. The term "immediate banks" is defined in the Administrative Rules of Montana as the area above the mean high water mark and directly adjacent to a stream which when disturbed will physically alter or modify the state of a stream. A.R.M. 36.2.402.

6.      FCD, through its volunteer board of supervisors, is responsible for administering the Act, which includes the responsibility and authority to determine its jurisdiction.

7.      Stacy Ambler and John Ambler ("Plaintiffs") purchased real property in Flathead County on June 11, 2019. The property is described as:

> Tract 10 of Certificate of Survey Number 17376 situated in Government Lot 3, Section 23, Township 32 North, Range 19 West P.M.M., Flathead County, Montana.    ("Ambler Property").
> Deed included as DSOF 2.

8.      The Ambler Property was originally part of a much larger parcel of land claimed by Charles Howes on May 21, 1908. DSOF 3.

9.      This claim predates the creation of Glacier National Park in 1910. Since the

United States General Land Office granted the property to Charles Howes in 1908,

the Ambler Property has remained in private ownership.

10.     On May 21, 1908 Charles Howes received a patent under the Homestead

Act to a 182-acre parcel in Montana. DSOF 4

11.     The parcel was surrounded by property that would soon become Glacier

National Park. Over the years the original 182-acre parcel was broken up into

smaller parcels. A large portion was purchased by the United States Government

and became part of Glacier National Park. Other portions remained in private

ownership.

12.     In 1988 a 0.053-acre portion of the original Howes claim was broken off and

granted to Betty Ella Trebesch Schultz. DSOF 5.

13.     In 2019 Plaintiffs purchased the 0.053-acre portion of what was initially

titled to Charles Howes. DSOF 2

14.     Plaintiffs pay property taxes to the Flathead County Treasurer on the

Ambler Property. Included in the tax bill is the Soil and Water Conservation Fee,

which funds the Flathead Conservation District. DSOF 6.

15.     In January, February, and March 2023, FCD received numerous complaints about the house under construction on the Ambler Property. *Public record for Declaratory Ruling available at: flatheadcd.org/310-stream-permits/declaratory - ruling-mcdonald-creek-violation (accessed May 31, 2024).*

16.     Pursuant to their Rules, FCD notified Plaintiffs of each complaint filed and gave them 15 days to respond or the matter would be processed and enforced as a violation. Plaintiffs responded and a site inspection was scheduled. *Id.*

17.     On February 27, 2023, a site inspection was conducted. On site were: FCD supervisors Roger Marsonette, Scott Rumsey, and John Ellis; Montana Department of Fish, Wildlife and Parks representative Leo Rosenthal; and Petitioners John and Stacy Ambler. The site inspection team (FCD and Montana Department of Fish, Wildlife and Parks representatives) found a house was under construction on the immediate bank of McDonald Creek and the bank had been excavated to create a pad on which to build the house. The pad area had been stabilized with a rock retaining wall on the stream channel side of the property. *Id.*

18.     The inspection team determined a violation of the Act had occurred and recommended:

a. the removal of the house;

b. the streambank be restored to its original slopes and revegetated;

c. a 310 permit be obtained prior to removal of the structure and restoration and revegetation of the streambank; and

d. erosion control measures be implemented prior to the work being done. *Id.*

19. At its March 13, 2023 meeting, the FCD Board accepted the inspection team's recommendations and determined a project had been initiated on a perennial stream without a permit and was thus a violation of the Act. *Id.*

20. On March 20, 2023, Plaintiffs requested FCD to table any decision regarding the complaints to allow time to conduct an analysis of FCD's jurisdiction and determinations. *Id.*

21. Plaintiffs requested a declaratory ruling on April 3, 2023 pursuant to § 75-7-125, M.C.A. regarding:

a. FCD's determination of jurisdiction;

b. FCD's decision to require the removal of the structure, restoration of the bank, and a permit be obtained to do so; and

    c.  FCD's decision to deny additional time to gather, analyze, and present relevant information and scientific data. *Id.*

22.    Plaintiffs submitted a request to FCD to dismiss the matter based on their contention that the state does not have jurisdiction over a private inholding. *Id.*

23.    On April 10, 2023, in accordance with its rules, FCD issued an order to cease and desist all activity in the area. Plaintiffs substantially complied with the order. *Id.*

24.    On May 3, 2023, at a special meeting, FCD accepted jurisdiction for the declaratory ruling. *Id.*

25.    A public hearing was scheduled for August 25, 2023, to address, first, whether state law applies to private property within the boundary of Glacier National Park; and second, whether Plaintiffs' house is a project requiring a permit under the Act and FCD rules. *Id.*

26.    At the public hearing on August 25, 2023 written and oral presentations were accepted. The Hearing Officer reviewed the information presented and determined that:

a.  FCD has the authority to determine its jurisdiction and has the responsibility to administer the Act on projects undertaken by private parties.

b.  The home, decks, roof line, and retaining wall are within the immediate banks of McDonald Creek and is a physical alteration or modification that resulted in a change in the state of a natural, perennial-flowing stream or river, its bed, or its immediate banks. MCA § 75-7-103(6), ARM 36.2.402(5).

c.  Given the intent and policy of the Act, given the federal government has neither regulated the structure nor indicated the Act interferes with the purpose, policy, and goals of the park, and given the totality of information in the record and a reasonable reconciliation of the information, the record supports a determination FCD has jurisdiction over the Amblers' property on McDonald Creek. *Id.*

27.   FCD accepted the Hearing Officer's recommendations.

28.   FCD has issued 310 permits for other projects on federal lands, including Glacier National Park. Examples include a permit granted to Flathead Electric Coop to bore under a stream on property owned by the U.S. Government in

Glacier National Park; a permit granted to Big Mountain Inc. to replace a culvert on property owned by the U.S. Forest Service; and, a permit granted to the Forest Service to maintain roads across private property. DSOF 7.

Respectfully submitted this 3 day of June, 2024.

SAWTELLE LAW FIRM PLLC

By: _____/s/_____Camisha Booth Sawtelle____
        Attorney for Defendant

EXHIBIT

tabbies®   FCD-132

st.C - 44

APPLICATION FOR CERTIFICATE OF INCLUSION OF ADDITIONAL

TERRITORY WITHIN THE   **FLATHEAD**   SOIL CONSERVATION DISTRICT

Hon.  Sam W. Mitchell

Secretary of State

Helena, Montana

The undersigned supervisors of the   **Flathead**   Soil

Conservation District respectfully represent:

1.  That heretofore the   **Flathead**   Soil Conserv-

ation District was duly organized as a governmental subdivision of this

State, and a public body corporate and politic, as will more particul-

arly appear by the certificate of organization of said district recorded

in your office of the 13th day of April     , 19 45 .

2.  That pursuant to the provisions of the Soil Conservation Dis-

tricts Law, Chapter 72 of the Session Laws of the Twenty-sixth Legis-

lative Assembly of Montana, a petition for the inclusion of additional

territory within the   **Flathead**   Soil Conservation

District was filed with the State Soil Conservation Committee; that the

proceedings specified in the said act were taken pursuant to the said

petition as more fully appears in the statement by the State Soil Con-

servation Committee hereto attached and made a part of this application;

that this application is being filed in order that said additional ter-

ritory may be included within the said district and become a part there-

of, as provided by the said act; and that the undersigned are the duly

appointed and elected supervisors of the said Soil Conservation Dist-

rict.

St.C - 44

3. That the names and official residences of the undersigned supervisors are as follows:

| | |
|---|---|
| A. W. Reimer | Creston, Montana |
| Frank Fordik | Big Fork, Montana |
| Art Ballinger | Kalispell, Montana |
| O. E. Dortch | Marion, Montana |
| Conrad Gilbertson | Kalispell, Montana |

That certified copies of the appointments of the appointed supervisors, and certificates of election of the elected supervisors evidencing their right to office are submitted herewith.

4. That the principal office of the supervisors of the said district is located at __Kalispell, Montana__ .

Wherefore, the undersigned supervisors of the said district respectfully request that the Secretary of State make and issue to the undersigned supervisors a certificate, under the seal of the State, of the due inclusion of the said additional territory within the __Flathead__ Soil Conservation District.

/s/ A. W. Reimer

/s/ Conrad Gilbertson

/s/ O. E. Dortch

/s/ A. W. Ballenger

/s/ Frank Fordik

STATE OF MONTANA   )
          ) SS:
County of __Flathead__ )

  __A. W. Reimer__ , __Frank Fordik__ , __Art Ballinger__ ,
  __O. E. Dortch__ , and __Conrad Gilbertson__ , whose names are sub-
scribed to the foregoing application state that the matters and things
therein contained are true and correct.

             /s/ A. W. Reimer

             /s/ Conrad Gilbertson

             /s/ O. E. Dortch

             /s/ A. W. Ballenger

             /s/ Farnk Fordik

Subscribed and sworn to before me this _____ day of _____, 19___.


             _____

             Residing at _____

             My commission expires _____

STATE OF MONTANA   )
          ) SS:
County of __Flathead__ )

  I, _____, a _____ in and for
the county and state aforesaid do certify that __A. W. Reimer__ ,
__Frank Fordik__ , __Art Ballinger__ , __O. E. Dortch__ , and
__Conrad Gilbertson__ , whose names are signed to the foregoing application,
are personally known to me and known by me to be the officers as affirmed
therein, and that each has subscribed thereto in my presence.  Given under
my hand and seal this __9th__ day of __June__ , 19_48_.

             /s/ A. Plain, County Clerk

             Residing at __Flathead County__

             My commission expires __Montana__

STATE SOIL CONSERVATION COMMITTEE OF MONTANA

OFFICIAL BALLOT

REFERENDUM ON INCLUSION OF ADDITIONAL TERRITORY
WITHIN THE FLATHEAD SOIL CONSERVATION DISTRICT

March 24, 1948

Place an X on the line before the proposition which you favor.

_____ FOR inclusion of the lands below described, and lying in the County of
Flathead, within the Flathead Soil Conservation District.

_____ AGAINST inclusion of the lands below described, and lying in the County
of Flathead, within the Flathead Soil Conservation District.

The boundaries of the land proposed to be included within the Flathead
Soil Conservation District are as follows:

All lands lying within Flathead County, not included in the Flathead
and Eastern Sanders County Soil Conservation Districts, and

excluding all incorporated towns or cities.

DEPARTMENT OF THE SECRETARY OF STATE OF THE

STATE   OFF   MONTANA


I, SAM W. MITCHELL, SECRETARY OF STATE OF THE STATE OF MONTANA,

DO HEREBY CERTIFY THAT

FLATHEAD SOIL CONSERVATION DISTRICT

BY ITS SUPERVISORS

A. W. REIMER OF CRESTON, MONTANA
FRANK FORDIK OF BIG FORK, MONTANA
ART BALLINGER OF KALISPELL, MONTANA
O. E. DORTCH OF MARION, MONTANA
CONRAD GILBERTSON OF KALISPELL, MONTANA


has this day filed in this office, in accordance with the provisions

of Chapter 72, Section 8, paragraph H, Laws of Montana, 1939, the

following documents:


APPLICATION FOR CERTIFICATE OF INCLUSION OF ADDITIONAL TERRITORY
    WITHIN THE SAID SOIL CONSERVATION DISTRICT;
STATEMENT BY THE STATE SOIL CONSERVATION COMMITTEE;
CERTIFICATE OF ELECTION OF SUPERVISORS;
CERTIFICATES OF APPOINTMENT AND DETERMINATION THAT
    INCLUSION OF THE ADDITIONAL TERRITORY IS ADMINISTRATIVELY
    PRACTICABLE AND FEASIBLE

IN WITNESS WHEREOF, I have
herunto set my hand and affixed the
Great Seal of the State of Montana,
at Helena, the Capital, this   17th
day of June, A. D. 1948

GREAT SEAL OF THE
STATE OF MONTANA

/s/ Sam W. Mitchell
    Secretary of State

by  Clifford L. Walker
    Deputy


CERTIFICATE EXECUTED IN DUPLICATE


64984

St.C - 46

STATE SOIL CONSERVATION COMMITTEE OF MONTANA
OFFICE OF THE STATE SOIL CONSERVATION COMMITTEE
Bozeman, Montana

IN THE MATTER OF THE INCLUSION OF  )          Statement by the State
ADDITIONAL TERRITORY WITHIN THE     )          Soil Conservation
__FLATHEAD__                        )          Committee
                                    )
SOIL CONSERVATION DISTRICT          )

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETINGS:

Be it known that on the **22nd** day of **December**, 19**47**, a petition for

the inclusion of additional territory within the **Flathead** _____

Soil Conservation District, signed by **29** land occupiers was duly filed in

the Office of the State Soil Conservation Committee:

That on the **6th** day of **February**, 19**48**, at **Columbia Falls**; on the

**6th** day of **February**, 19**48**, at **Whitefish**; on the _____ day of

_____, 19__, at _____; on the _____ day of _____,

19__, at _____; public hearing was held after due notice of the said

hearing had been given as required by law;

That on the **13th** day of **February**, 19**48**, the State Soil Conservation

Committee did duly determine that there is need in the interest of the public

health, safety and welfare, for including the additional territory within the

**Flathead** _____ Soil Conservation District and did define the

boundaries of such additional territory;

That thereafter due notice was given of a referendum to be held within the

territory so defined by the Committee on the question of inclusion of said ter-

ritory within the said district;

That the said referendum was held within the said defined boundaries on the

**24th** day of **March**, 19**48**;

St.C - 46

That the result of the said referendum showed that a majority of the votes cast in the said referendum were in favor of the inclusion of said additional territory within the said district;

That thereafter on the **9th** day of **April**, 19 **48**, the State Soil Conservation Committee did duly determine that inclusion of said additional territory within the said district is administratively practicable and feasible;

That the boundaries of the said additional territory were defined by the State Soil Conservation Committee as follows:

( s e e  r e v e r s e )

IN WITNESS WHEREOF, the State Soil Conservation Committee has caused these presents to be executed by its secretary under the seal of the Committee, this **14th** day of **June**, 19 **48** .

Secretary, State Soil Conservation Committee

Flathead # 2

The boundaries of the land proposed to be included within the Flathead Soil Conservation District are as follows:

All lands lying within Flathead County, not included in the Flathead and Eastern Sanders County Soil Conservation Districts, and excluding all incorporated towns or cities.



STATE SOIL CONSERVATION COMMITTEE OF MONTANA

NOTICE OF HEARING UPON INCLUSION OF ADDITIONAL TERRITORY EMBRACING LAND
LYING IN FLATHEAD COUNTY, WITHIN THE FLATHEAD
SOIL CONSERVATION DISTRICT

WHEREAS, on the 22nd day of December, 1947, there was duly filed in the office of the State Soil Conservation Committee at Bozeman, Montana, a petition signed by twenty-nine (29) land occupiers pursuant to the provisions of the Soil Conservation Districts Law, Chapter 72 of the Session Laws of the 26th Legislative Assembly of Montana, requesting the inclusion of additional territory within the Flathead Soil Conservation District, and

WHEREAS, the lands sought to be included in the said district by said petition comprise lands in Flathead County, described substantially as follows:

> Those lands lying in Flathead County not
> already included in the Flathead Soil Conservation
> District.

NOW, THEREFORE, Notice is hereby given that a public hearing will be held pursuant to the said petition, on the question of the desirability and necessity in the interest of the public health, safety and welfare of the inclusion of such additional territory within the Flathead Soil Conservation District; on the question of the appropriate boundaries to be assigned to such additional territory; upon the propriety of the petition, and all other proceedings taken under the said act; and upon all questions relevant to such inquiries. The said public hearing will be held by the State Soil Conservation Committee on Friday, the 6th day of February, 1948, beginning at 2:00 o'clock, p. m., in _____, at Columbia Falls, in the County of Flathead; on Friday, the 6th day of February, 1948, beginning at 8:00 o'clock p. m., in _____, at Whitefish, in the County of Flathead.

All persons, firms and corporations who shall hold title to, or shall be in possession of, any lands lying within the limits of the above-described territory, whether as owners, lessees, renters, tenants, or otherwise, and all other interest parties are invited to attend and will be given opportunity to be heard at the times and places hereinbefore specified.

STATE SOIL CONSERVATION COMMITTEE

BY   /s/ J. E. Morton
                Chairman

Dated this 14th day of January, 1948.

St.C - 39

STATE SOIL CONSERVATION COMMITTEE OF MONTANA

STATE OF MONTANA

IN AND BEFORE THE STATE SOIL CONSERVATION COMMITTEE

IN THE MATTER OF A PETITION FOR THE ) Determination that inclusion of
INCLUSION OF ADDITIONAL TERRITORY    ) the additional territory is admin-
WITHIN THE    **FLATHEAD**           ) istratively practicable and feasible
SOIL CONSERVATION DISTRICT           ) (upon favorable vote at referendum).

    This matter came on this **9th** day of _____ **April** _____, 19**48**,
for determination as to the practicability and feasibility of including
certain additional territory within the _____ **Flathead** _____ Soil
Conservation District, upon the petition duly filed on the **22nd** day of
**December**, 19**47**; upon hearing held at **Columbia Falls**, in the
County of **Flathead**, on the **6th** day of **February**, 19**48**; at
_____ **Whitefish** _____, in the County of **Flathead**, on the **6th** day
of **February**, 19**48**; at _____, in the County of
_____, on the _____ day of _____, 19___; at _____,
in the County of _____, on the _____ day of _____, 19___;
which hearing was held after due notice had been given as required by law;
upon a determination by the Committee that there is need in the interest of
the public health, safety and welfare, for including the territory consid-
ered at the said hearing within the said soil conservation district; upon
the determination by the Committee of the boundaries of said additional
territory; and upon a referendum on the proposition of the inclusion of
said additional territory within the said district duly held on the **24th**
day of **March**, 19**48**, within the limits of the boundaries defined

St.C - 39

by the Committee, after due notice of the said referendum had been given as
required by law, and in which referendum a majority of the votes cast were
in favor of such inclusion.

The Committee has given due regard and weight to the attitudes of the
occupiers of land lying within the defined boundaries, the number of land
occupiers eligible to vote in the said referendum who did vote, the prop-
ortion of the votes cast in the said referendum in favor of inclusion to
the total number of votes cast, the approximate wealth and income of the
land occupiers of the additional territory, the probable expense of carry-
ing on erosion-control operations within the said territory, and other ec-
onomic and social factors which are relevant.  The Committee has given due
regard to the legislative determinations set forth in Section 2 of the Soil
Conservation Districts Law of this State.

IT IS NOW, THEREFORE, CONSIDERED AND DETERMINED -

That the inclusion of the said additional territory, with the bound-
aries as heretofore defined by the Committee, within the **Flathead**
Soil Conservation District, is administratively practicable and feasible.

_E. E. Nowland_ Chairman

_Albert H. Kunst_

_R. B. Cotelt_

_L. M. Harrington_ Exp. Sh.

STATE SOIL CONSERVATION COMMITTEE



201900014116
Page: 1 of 1
Fees: $7.00
Debbie Pierson, Flathead County MT by TM        7/11/2019 2:16 PM

**This Document Prepared By:**
Fidelity National Title Company of Flathead Valley, LLC
8000 MT Hwy 35, Suite 3
Bigfork, MT 59911

**After Recording Return To:**
John Ambler and Stacy Ambler
1375 Loring Street
San Diego, CA 92109

**Order No.:** FT1585-191046-BK

Recorded by Fidelity National Title

FNT 1585-191046

*Approved 7/11/19 CF        0378700*

## WARRANTY DEED
### (Joint Tenancy)

For Value Received Betty Ella Trebesch Schultz, the grantor(s), do(es) hereby grant, bargain, sell and convey unto John Ambler and Stacy Ambler, as joint tenants with right of survivorship (and not as tenants in common), and to the survivor of said named joint tenants, and to the heirs and assigns of such survivor, of 1375 Loring Street, San Diego, CA 92109, the grantee(s), the following described premises, in Flathead County, Montana, to wit:

Tract 10 of Certificate of Survey No. 17376, situated in Government Lot 3 of Section 23, Township 32 North, Range 19 W, P.M.M., Flathead County, Montana

TO HAVE AND TO HOLD unto the Grantee and to the heirs and assigns forever, subject, however, to:

A. All reservations and exceptions of record and in patents from the United States or the State of Montana;

B. All existing easements and rights of way of record, building, use zoning, sanitary and environmental restrictions;

C. Taxes and assessments for the year and subsequent years;

D. All prior conveyances, leases or transfers of any interest in minerals, including oil, gas and other hydrocarbons;

Except with reference to items referred to in paragraphs above, this Deed is given with the usual covenants expressed in §30-11-110, Montana Code Annotated.

This conveyance is made and accepted upon the express agreement that the consideration heretofore paid constitutes an adequate and full consideration in money or money's worth.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

*Betty Ella Trebesch Schultz*
Betty Ella Trebesch Schultz


State of _Montana_

County of _Flathead_

This instrument was acknowledged before me on _June 11_, 20_19_ by Betty Ella Trebesch Schultz.

_Brenda Koch_
Notary Public for the State of _Montana_
Residing at _Bigfork_,
My Commission Expires: _____

(SEAL)

BRENDA SUE KOCH
NOTARY PUBLIC for the
State of Montana
Residing at Bigfork, MT
My Commission Expires
January 30, 2023

Deed (Warranty)
MTD0005.doc / Updated: 05.20.19                Page 1                Printed: 07.03.19 @ 11:26 AM by BK
MT-FT-FLAT-01585.350400-FT1585-191046

DSOF 2

559

# The United States of America,

HOMESTEAD CERTIFICATE NO. 590
APPLICATION 1600

*To all to Whom these Presents shall Come, Greeting:*

WHEREAS, There has been deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at Kalispell, Montana, _____, whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the Acts supplemental thereto, the claim of Charles Howes,

has been established and duly consummated, in conformity to law, for the

Lots one, two, and three, the south half of the northeast quarter, and the northwest quarter of the southeast quarter of section twenty-three in Township thirty two north of Range nineteen West of the Montana Meridian, Montana, containing one hundred eighty-two and forty-six-hundredths acres.

23.32-19

according to the Official Plat of the survey of the said land, returned to the General Land Office by the Surveyor General:

NOW KNOW YE, That there is, therefore, granted by the United States unto the said

Charles Howes                                                                 the tract of land above described:

TO HAVE AND TO HOLD The said tract of land, with the appurtenances thereof, unto the said

Charles Howes

and to his heirs and assigns Forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of Courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law. And there is reserved from the lands hereby granted, a right-of-way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, Theodore Roosevelt _____, President of the United States of America, have caused these Letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

Given under my hand, at the City of Washington, the twenty-first day of May, in the year of our Lord one thousand nine hundred and eight thirty-second, and of the Independence of the United States the one hundred and _____.

BY THE PRESIDENT:

Theodore Roosevelt



By A. S. Stump Assistant Secretary,

H. W. Sanford
Recorder of the General Land Office.

Recorded      Vol. 775      Page 171

Filed for record at the request of Chas. Howes _____ this 12th day of March 1904½ at 1-50 o'clock P.M.

By A. J. Shaw      Deputy Recorder.      No. 702-

Fred B. Perry
County Recorder,

DSOF-3

The United States of America,

PATENT
Dated May 21,1908
Filed March 12,1914 at 1:__ __
Recorded in Book 84 of
Patents Page 559.

To

Charles Howes.

Pursuant to the Act of Congress approved 30th May,1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the Acts supplemental thereto,

There is granted by the United States unto the said Charles Howes, and to his heirs and assigns forever, the

Lots one, two and three, the south half of the northeast quarter, and the northwest quarter of the southeast quarter of section twenty-three in Township thirty two north of Range nineteen West of the Montana Meridian,Montana, containing one hundred eighty-two and forty-six hundredths acres, according to the Official Plat of the survey of the said land returned to the General Land Office by the Surveyor General.

Subject to any vested and accrued water rights for mining, agricultural,manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs,laws, and decisions of Courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law.  And there is reserved from the lands hereby granted, a right-of-way thereon for ditches or canals constructed by the authority of the United States.

( General Land Office Seal)

By The President:
Theodore Roosevelt,
H.W.Sanford,Recorder of the
General Land Office.
By A.S.Stump,Assistant Secy.

Commercial Abstract and Title Company

88187 /2570

# WARRANTY DEED

This INDENTURE, Made this ............... 5th ............................. day of, ...... July ............. 19..88.
between ........... Mary E. Trebesch Holum ..................................................................... the part ... of the first
of ........... Dutton, Montana ..59433...................................................................................
part, and ........ Betty Ellis Trebesch Schultz ........................................................... the part y... of the second part.
of ........... Dutton, Montana .59433 ...................................................................... the part y... of the second part.
WITNESSETH, That the said part.... of the first part, for and in consideration of the sum of .......................
.................................................................................... Dollars (S..........)
to ............... in hand paid by the said part ... of the second part, the receipt of which is hereby acknowledged,
do ............. hereby grant, bargain, sell and convey unto the said part.... of the second part, and to ........ heirs
and assigns, forever, all th......... certain lot......, piece....., or parcel..... of land situate, lying and being in the ....
................................. County of Flathead and State of Montana, and particularly described as follows, to-wit:
.............................................................................................
.............................................................................................
.............................................................................................
.............................................................................................
.............................. SEE ATTACHED SHEET ...........................
.............................................................................................
.............................................................................................
.............................................................................................
.............................................................................................
.............................................................................................

TOGETHER with all and singular the hereinbefore described premises together with all tenements, hereditaments, and
appurtenances, thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders,
rents, issues, and profits thereof; and also all the estate, right, title, interest; right of dower and right of homestead,
possession, claim, and demand whatsoever, as well in law as in equity, of the said part y.......... of the FIRST PART, of,
in or to the said premises, and every part and parcel thereof, with the appurtenances, thereto belonging, TO HAVE AND
TO HOLD, all and singular the above mentioned and described premises, together with appurtenances, unto the said party...
of the second part and to ... her... heirs and assigns, forever. And the said part y... of the first part and... he r... heirs
do .... hereby covenant that ...she..... will forever Warrant and Defend ...... heir........... right, title and interest
in and to the said premises and the quiet and peaceable possession thereof, unto the said party... of the second part y ...
.. her.. heirs and assigns, against the acts and deeds of the said party... of the first part and all and every person or
persons, whomsoever, lawfully claiming or to claim the same.
.............................................................................................
.............................................................................................

IN WITNESS WHEREOF, the said part y... of the FIRST PART have.... hereunto set ...... hand...... and
seal ...... the day and year first hereinbefore written.
Signed, Sealed and Delivered in the presence of

*Mary E. Holum*                                    ................................................ (SEAL)

*a.W. Or Mary E Trebesch Holum*         ................................................ (SEAL)

STATE OF MONTANA                                ................................................ (SEAL)

County of Flathead } ss.                         ................................................ (SEAL)


On this........... 5th ........ day of ......... July ............. 19 ..88, before me, the undersigned, a Notary
Public for the State of Montana, personally appeared ...... *Mary E. Trebesch Holum* .........
.................................... known to me to be the person... whose name...... ....... subscribed to the within instrument,
and acknowledged to me that........ *she* ...... executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

*John F. Kirk*
Notary Public for the State of Montana.
Residing at *Columbia Falls*
My Commission expires ...... 5-7- 19 90

Filed for record at the request of .....................................................................................
.................................................................... 19..... at ......... o'clock ....M.
Reception No. .......... County Clerk and Recorder. By ................................... Deputy.
Fee $................ Paid.

(left margin, vertical text): Approved 7/5/88 Rob

(left margin, vertical text): OSU 0 378 750    0 378 700 4

88187 /2570

369/337 TR 2EK

The East one-half (E½) of a tract of land situated in Lot three (3) of
Section Twenty-three (23), Township Thirty-two (32) North of Range
Nineteen (19) West, M.M., more particularly described as follows:
to-wit; commencing at an iron pin on the South line of Lot 3, Section
23, Township 32 North of Range 19 West, which pin being the  south end
of the Base compromise line; thence due west a distance of 131 feet
to a point; thence due north a distance of 658.3 feet to a point;
thence North 88 degrees  08' West, a distance of 266.8 feet to a point; thence
North 67 degrees 10' West, a distance of 35.2 feet; thence South 56 degrees 46' East

0378 PC6
0378 732D

125 feet to the true point of beginning of the tract of land to be
conveyed; thence south 25 degrees 44' west, 100 feet; thence south 56 degrees 46' East
50 feet; thence north 25 degrees  44' west, 100 feet; thence North  56 degrees 46' West
50 feet to the true point of beginning, containing 500 square feet more or less.

308/116 TR 3604

A tract of land situated in lot 3 of Section 23 Township  32 North of Range 19 West, and
particularly described as follows:  Beginning at a point 1620 feet east of and 700 feet
south of the northwest corner of said Section 23; thence south 45 degrees 26' east a distance
of 94 feet measured along the westerly boundary of the Fish Creek Road, to a point;
thence south 75 degrees 14' west a distance of 52 feet to a point on the east bank of
Mc Donald River; thence north 15 degrees 16' west a distance of 92 feet more or less
along the  easterly bank of McDonald River; thence northerly approximately 15 feet to the
place of beginning.  Together with the right to have and use Water  for domestic purposes
upon said premises herein granted by means of a pipe line running from  other land owned
by the grantors immediately to the southeast so long as the grantors shall remain the
owners thereof.

STATE OF MONTANA, }
County of Flathead }  ss

Recorded at the request of ___Betty Ella Schultz___
this __5__ day of __July__ 19_83_ at __12:57__ o'clock __p__ M and recorded in
the records of Flathead County, State of Montana.
Fee $ _10.00_ Pd.

RECEPTION NO.__88187/2570__

RETURN TO _Betty Schultz_
_Box 192  Sutton, mt 59433_

Susan H. Haberfield
Flathead County Clerk and Recorder

Ginger C. Kauffman
Deputy



**Flathead County Treasurer**
Adele Krantz
290 A North Main
Kalispell, MT  59901

**2024 REAL ESTATE**
**STATEMENT OF TAXES PAYABLE**

**TOTAL 2023 TAXES DUE: $354.37**

| | | |
|---|---|---|
| **ASSESSOR#: 0378700   STATEMENT#: 202325701** | | |
| Property Location: | 74 MCDONALD CREEK LN | |
| Legal Description: | ( 1 ) 07-4406-23-2-02-01-0000 | |
| | Sec:23  Twn:32  Rng:19 | |
| | TR 2EBCA IN L 3 | |

AMBLER, JOHN & STACY
1375 LORING ST
SAN DIEGO CA 92109

| Valuation Type | Market Value | Taxable Value |
|---|---|---|
| Real Estate | 81,710 | 1,103 |
| Improvements | 0 | 0 |
| Personal Property | 0 | 0 |
| **TOTAL** | **81,710** | **1,103** |

Billing date: 09/29/2023

## CONSOLIDATED TAX DETAIL

| Levy Description | Amount | Levy Description | Amount |
|---|---|---|---|
| **COUNTY** | | **Total COUNTY** | **113.96** |
| 911 GENER OBLIG BOND | 1.00 | **SCHOOL** | |
| AIRPORT | 2.20 | CFHS BLDG RESERVE | 0.90 |
| AREA AGENCY ON AGING | 0.50 | CFHS BUS RESERVE | 2.80 |
| BOARD OF HEALTH | 3.98 | CFHS GENERAL | 34.38 |
| BRIDGE | 2.60 | CFHS TRANSPORTATION | 5.98 |
| CO PERM MED LEVY | 8.64 | CFHS TUITION | 2.68 |
| COMP INSURANCE | 4.20 | COMMUNITY COL. RET. | 3.02 |
| COUNTY LIBRARY | 4.62 | ELEM RETIREMENT | 20.94 |
| COUNTY PARKS | 1.26 | FVCC ADULT EDUCATION | 1.10 |
| COUNTY PLANNING | 1.10 | FVCC DEBT SERVICE | 2.10 |
| COUNTY POOR FUND | 0.14 | FVCC GENERAL | 7.38 |
| COUNTY RETIREMENT | 8.60 | FVCC PERMIS MED LEVY | 3.50 |
| COUNTYWIDE MOSQUITO | 0.44 | HIGH SCH RETIREMENT | 9.70 |
| DISTRICT COURT | 1.00 | SD 08 BLDG RESERVE | 2.16 |
| EMS | 0.74 | SD 08 GENERAL | 30.82 |
| EXTENSION | 0.30 | SD 08 TECHNOLOGY | 1.14 |
| FAIR | 0.62 | SD 08 TRANSPORTATION | 8.18 |
| GENERAL | 21.22 | TRANSPORTATION | 1.80 |
| GROUP INSURANCE | 0.10 | **Total SCHOOL** | **138.58** |
| JUVENILE DETENTION | 0.16 | **STATE** | |
| NOXIOUS WEEDS | 1.10 | ELEM GENERAL MAINT | 29.78 |
| PERM SRS LEVY | 0.50 | EQUALIZATION MILLAGE | 36.28 |
| PORT AUTHORITY | 1.22 | HIGH SCH GEN MAINT | 19.86 |
| PUBLIC TRANSIT | 0.76 | UNIVERSITY MILLAGE | 6.62 |
| ROAD | 17.18 | **Total STATE** | **92.54** |
| SEARCH & RESCUE | 1.10 | **Total General Taxes** | **345.08** |
| SHERIFF | 26.48 | | |
| SPECIAL EMS PROGRAM | 2.20 | | |

## SPECIAL ASSESSMENTS

| Description | Code | 1st Half | 2nd Half |
|---|---|---|---|
| SOIL & WATER CONSERV | 085 | 0.59 | 0.59 |
| FECC SPECIAL DIST | C34 | 4.06 | 4.05 |
| **TOTAL SPECIAL ASSESSMENTS** | | **4.65** | **4.64** |

This property may qualify for: Montana Disabled Veteran Property Tax Relief, Property Tax Assistance Program, Land Value Assistance Program and/or Elderly Homeowner's Tax Credit, Contact the, Department of Revenue at (406)758-5700 for further information.

| General Taxes | District | Mill Levy | 1st Half | 2nd Half |
|---|---|---|---|---|
| 08 / West Glacier Elementary | 0C23 | 312.8600 | 172.54 | 172.54 |
| **TOTAL TAXES DUE CURRENT YEAR:** | | | | **$354.37** |

---

| **2ND HALF PAYMENT** | **2023 Flathead County Real Estate Tax Statement** | **2ND HALF PAYMENT** |
|---|---|---|

RETURN THIS STUB WITH YOUR PAYMENT

**ASSESSOR#: 0378700   STATEMENT#: 202325701**

DUE BY 5:00 P.M. ON OR BEFORE:**05/31/2024**

SECOND HALF AMOUNT DUE:     **$177.18**

AMBLER, JOHN & STACY
1375 LORING ST
SAN DIEGO CA 92109

---

| **1ST HALF/FULL YEAR PAYMENT** | **2023 Flathead County Real Estate Tax Statement** | **1ST HALF/FULL YEAR PAYMENT** |
|---|---|---|

RETURN THIS STUB WITH YOUR PAYMENT

**ASSESSOR#: 0378700   STATEMENT#: 202325701**

DUE BY 5:00 P.M. ON OR BEFORE:**11/30/2023**

TOTAL TAXES DUE FOR YEAR:     **$354.37**

FIRST HALF AMOUNT DUE:     **$177.19**

AMBLER, JOHN & STACY
1375 LORING ST
SAN DIEGO CA 92109

DSOF 6

**EXHIBIT** FCD - 123

| Revised: 6/5/15 (310 form 270). Form may be downloaded from: www.dnrc.mt.gov/ licenses-and-permits/stream-permitting | **AGENCY USE ONLY:** Application # _____ Date Accepted _____ / Initials _____ Date ___ | Date Recei__ |
|---|---|---|

FL2020009
**LO Name:** FNF/Big Mtn Wtr Sports
**Stream:** Haskill Creek trib
**S**35 **T**32 **R**22 **Topog:** Whitefish
**Supervisor/s:** LC

| *This space is for all Department of Transportation and SPA 124 permits (government projects).* | |
|---|---|
| Project Name _____ | |
| Control Number _____ | Contract letting date _____ |
| MEPA/NEPA Compliance ☐ Yes | ☐ No   If yes, #14 of this application |

# JOINT APPLICATION FOR PROPOSED WORK IN MONTANA'S STREAMS, WETLANDS, FLOODPLAINS, AND OTHER WATER BODIES

Use this form to apply for one or all local, state, or federal permits listed below. The applicant is the responsible party for the project and the point of contact unless otherwise designated. **"Information for Applicant"** includes agency contacts and instructions for completing this application. To avoid delays, submit all required information, including **a project site map and drawings.** Incomplete applications will result in the delay of the application process. Other laws may apply.

## The applicant is responsible for obtaining all necessary permits and landowner permission before beginning work.

| ✓ | PERMIT | AGENCY | FEE |
|---|---|---|---|
| x | 310 Permit | Local Conservation District | No fee |
| | SPA 124 Permit | Department of Fish, Wildlife and Parks | No fee |
| | Floodplain Permit | Local Floodplain Administrator | Varies by city/county ($25 - $500+) |
| | Section 404 Permit, Section 10 Permit | U. S. Army Corps of Engineers | Varies ($0 - $100) |
| | 318 Authorization 401 Certification | Department of Environmental Quality | $250 (318); $400 - $20,000 (401) |
| | Navigable Rivers Land Use License, Lease, or Easement | Department of Natural Resources and Conservation, Trust Lands Management Division | $50, plus additional fee |

## A. APPLICANT INFORMATION

NAME OF **APPLICANT** (person responsible for project): Big Mountain Winter Sports Inc
Has the landowner consented to this project?     ☒ Yes     ☐ No
Mailing Address: PO Box 1400
Physical Address: 3808 Big Mountain road Whitefish Mt.
Day Phone:406 250-5976 Click here to enter. Evening Phone: Click here to enter. E-Mail: chesterp@skiwhitefish.com

**RECEIVED**
FEB 2 8 2020
copies sent to LC+FNF
Flathead CD 2/22/20

NAME OF **LANDOWNER** (if different from applicant): Flathead National forest
Mailing Address: Click here to enter mailing address or N.A.
Physical Address: Click here to enter physical address or N.A.
Day Phone: Click here to enter or N.A. Evening Phone: Click here to enter or N.A. E-Mail: Click here to enter or N.A.

NAME OF **CONTRACTOR/AGENT** ): Chester Powell / Doug Yaeger
Mailing Address: Same as above
Physical Address: Click here to enter name or N.A.
Day Phone: Click here to enter name or N.A. Evening Phone: Click here to enter name or N.A. E-Mail: Click here to enter name or N.A.

## B. PROJECT SITE INFORMATION

NAME OF **STREAM** or **WATER BODY** at project location Tributary of Haskill creek Nearest Town Whitefish
Address/Location:  Geocode (if available): 3222X35-XXX-FS
SEChoose 1/4 SE 1/4 SE 1/4, Section 35, Township 32 N, Range R22 WCounty Flathead
~~Longitude~~482957.08N, ~~Latitude~~ 1142131.54N
Lat                    Long

> The state owns the beds of certain state navigable waterways. Is this a state navigable waterway? Yes or No.
> If yes, send copy of this application to appropriate DNRC land office – see Information for Applicant.

**ATTACH A PROJECT SITE MAP OR A SKETCH** that includes: 1) the water body where the project will take place, roads, tributaries, landmarks; 2) a circled "X" representing the exact project location. IF NOT CLEARLY STATED ON THE MAP OR SKETCH, **PROVIDE WRITTEN DIRECTIONS TO THE SITE.**

### C. PROJECT INFORMATION

1. **TYPE OF PROJECT** (check all that apply)

| | | |
|---|---|---|
| ☒ Bridge/Culvert/Ford Construction | ☐ Fish Habitat | ☐ Mining |
| ☐ Bridge/Culvert/Ford Removal | ☐ Recreation (docks, marinas, etc.) | ☐ Dredging |
| ☐ Road Construction/Maintenance | ☐ New Residential Structure | ☐ Core Drill |
| ☐ Bank Stabilization/Alteration | ☐ Manufactured Home | ☐ Placement of Fill |
| ☐ Flood Protection | ☐ Improvement to Existing Structure | ☐ Diversion Dam |
| ☐ Channel Alteration | ☐ Commercial Structure | ☐ Utilities |
| ☐ Irrigation Structure | ☐ Wetland Alteration | ☐ Pond |
| ☐ Water Well/Cistern | ☐ Temporary Construction Access | ☐ Debris Removal |
| ☐ Excavation/Pit | ☐ Other _____ | |

2. **PLAN OR DRAWING** of the proposed project **MUST** be attached. **This plan or drawing must include**:

- a plan view (looking at the project from above)
- dimensions of the project (height, width, depth in feet)
- location of storage or stockpile materials
- drainage facilities
- an arrow indicating north
- a cross section or profile view
- an elevation view
- dimensions and location of fill or excavation sites
- location of existing or proposed structures, such as buildings, utilities, roads, or bridges

3. **IS THIS APPLICATION FOR** an annual maintenance permit?     ☐ Yes     ☒ No
(If yes, an annual plan of operation must be attached to this application – see "Information for Applicant")

4. **PROPOSED CONSTRUCTION DATE**. Include a project timeline. Start date  6/1/2020
Finish date 7/1/2020 is any portion of the work already completed?  ☐ Yes     ☒ No
(If yes, describe the completed work.)

5. **WHAT IS THE PURPOSE** of the proposed project?
Creek crossing for proposed access to lower terminal site of relocated chair lift.

6. **PROVIDE A BRIEF DESCRIPTION** of the proposed project.
Installation of 60 inch dia culvert

7. **WHAT IS THE CURRENT CONDITION** of the proposed project site?  Describe the existing bank condition, bank slope, height, nearby structures, and wetlands.
Forested area, no nearby structures or wetlands. Stable banks heavily vegetated. Either side approximately 2.5' stream width, depth 4"-6" at high water flows.

8. **PROJECT DIMENSIONS**. How many linear feet of bank will be impacted?  How far will the proposed project encroach into and extend away from the water body?
Proposed culvert crossing of 32 feet. 64 lineal feet of bank impacted.

9. **VEGETATION.** Describe the vegetation present on site. How much vegetation will be disturbed or covered with fill material during project installation? (Agencies require that only vegetation necessary to do the work be removed.) Describe the revegetation plan for all disturbed areas of the project site in detail.

Disturbance of vegetation will be the length of the pipe plus 2' at either end. Fill material will be brought down from proposed ski way excavation to cover pipe

10. **MATERIALS.** Describe the materials proposed to be used. Note: This may be modified during the permitting process. It is recommended you do not purchase material until all permits are issued.

| Cubic yards/Linear feet | Size and Type | Source |
|---|---|---|
| 426 | Glacier Till | On Site |

11. **EQUIPMENT.** List all equipment that will be used for construction of the project. How will the equipment be used on the bank and/or in the water? Note: Make sure equipment is clean and free of weeds, weed seeds, and excess grease before using it in the water waterway. To prevent the spread of aquatic invasive species, to the extent practical, remove mud and aquatic plants from heavy machinery and other equipment before moving between waters and work sites, especially in waters known to be infested with aquatic invasive species. Drain water from machinery and let dry before moving to another location.

50,000 lb. Excavator with hydraulic thumb,D6 Dozer, 6 foot drum vibratory single drum roller. Heavy Equipment will not be in the water course.

12. **DESCRIBE PLANNED EFFORTS TO MINIMIZE PROJECT IMPACTS.** Consider the impacts of the proposed project, even if temporary. What efforts will be taken to:

- Minimize erosion, sedimentation, or turbidity?

Wire Backed Silt Fence, with straw waddle be placed on all four sides of the Skiway fill slope, to control the sediment, the erosion will be controlled by grass seeding with native vegetation scattered over the top. The Turbidity will be controlled by minimal water course bottom disturbance and side bank disturbance to install culvert.

- Minimize stream channel alterations?

Just enough to get the culvert to lay in the bed.

- Minimize effects to stream flow or water quality caused by materials used or removal of ground cover?

Minimal bottom disturbance, to get culvert to lay in the channel. The side disturbance will be enough to get culvert to set in the bed.

- Minimize effects on fish and aquatic habitat?

No fish

- Minimize risks of flooding or erosion problems upstream and downstream?

No risk

- Minimize vegetation disturbance, protect existing vegetation, and control weeds?

Heavy equipment will be weed washed before entering USFS land. The disturbed soils will be seeded, and the vegetation outside of work zone will remain. All native soils in work area will be saved and used for revegetation.

13. **WHAT ARE THE NATURAL RESOURCE BENEFITS** of the proposed project?

Haul route to remove timber, skier access and emergency egress .

14. **LIST ALTERNATIVES** to the proposed project. Why was the proposed alternative selected?

**D. ADDITIONAL INFORMATION FOR SECTION 404, SECTION 10, AND FLOODPLAIN PERMITS ONLY.**

If applying for a Section 404 or Section 10 permit, fill out questions 1-3. If applying for a floodplain permit, fill out questions 3-6. (Additional information is required for floodplain permits – See "Information for Applicant.")

1. Will the project involve placement of dredged (excavated) and/or fill material below the ordinary high water mark, in a wetland, or other waters of the US? If yes, what is the surface area to be filled? How many cubic yards of fill material will be used? Note: Wetland delineations are required if wetlands are affected.

Click here to enter text.

2. Description attach additional sheets if necessary.

Click here to enter text.

3. List the names and address of landowners adjacent to the project site. This includes properties adjacent to and across from the project site. (Some floodplain communities require certified adjoining landowner lists).

Click here to enter text.

4. List all applicable local, state, and federal permits and indicate whether they were issued, waived, denied, or pending. Note: All required local, state, and federal permits, or proof of waiver must be issued prior to the issuance of a floodplain permit.

Click here to enter text.

5. Floodplain Map Number Click here to enter map number or N/A

6. Does this project comply with local planning or zoning regulations? ☐ Yes     ☐ No

**E. SIGNATURES/AUTHORIZATIONS -- Each agency must have original signatures signed in blue ink.**

**After completing the form**, make the required number of copies and **then sign each copy.** Send the copies with original signatures and additional information required directly to each applicable agency.

The statements contained in this application are true and correct. The applicant possess' the authority to undertake the work described herein or is acting as the duly authorized agent of the landowner. The applicant understands that the granting of a permit does not include landowner permission to access land or construct a project. Inspections of the project site after notice by inspection authorities are hereby authorized.

APPLICANT (Person responsible for project):          LANDOWNER:
Print Name: Chester Powell, Doug Yeager          Print Name: USFS - William Wehnst

Signature of Applicant          Date 2/27/2020          Signature of Landowner          Date 2/20/2020

*CONTRACTOR/AGENT:
Print Name: Winter Sports Inc.


Signature of Contractor/Agent          Date
*Contact agency to determine if contractor signature is required.



60"

32"

60"

3'-1"

Backfill - Sloped 3'-1"

**310-PERMIT**
**CONSERVATION DISTRICT'S DECISION**

DECISION DATE: _9/28/2020_

Notice: THIS AUTHORIZATION DOES NOT GIVE PERMISSION TO CARRY OUT A PROJECT ON LAND THAT IS NOT OWNED BY THE HOLDER OF THIS PERMIT. Landowner permission, easements or other federal, state, or local permits, licenses, special use permits, or authorizations may be required before construction of the project. It is the duty of the holder of this permit to determine which are necessary and obtain them prior to construction of the project.

Landowner Name/Address: **Flathead National Forest**
Applicant Name/Address: **Big Mountain Winter Sports Inc., PO Box 1400, Whitefish, MT  59937**
Perennial Stream: **Haskill Creek trib**   Section: **35**   Township: **32**   Range: **22**

**Supervisors' Decision** (check)          Explanation: _____

[X] Approved
[ ] Approved With Modifications            _culvert_
[ ] Denied
[ ] Not A Project
                                          [X] See Attached (if more room is necessary)

[ ] Check here if **15-day waiting period** has been waived

Work may begin on or after: _10/12/2020_

Permit Expiration Date: _9/28/2021_

Date Transmitted to Applicant & DFWP: _10/9/2020_

**Supervisors' Signatures**

_Donna Prohmore_
_Lori Curtis_ HG
_Lech Naumovich_ HG
_RC_
_Verdell Jackson_
_Ronald Buentemeier_
_Pete C. Shore_

---

**TO BE COMPLETED BY THE APPLICANT**
Check the appropriate box, sign and return a copy to the district office **within 30 days** of receipt of this permit.

[ ] **I agree** to proceed with the project in accordance with the approved application and specifications outlined in this permit and will allow a follow-up inspection.

[ ] **I disagree** with the terms of this permit and I will seek judicial review in **district court** within 30 days of receipt of this permit. (This box may only be checked if you did not sign an arbitration agreement when you submitted your application.)

[ ] **I disagree** with the terms of this permit and hereby request **arbitration**. I agree to abide by the **arbitration agreement** attached to or on the **reverse of this form** – OR, if an arbitration agreement was signed when the permit application was submitted, I will abide that agreement.

Signature of Applicant: _____   Date: _____

**FLATHEAD CONSERVATION DISTRICT**
133 Interstate Lane, Kalispell, MT  59901  Phone: 406-752-4220  Fax: 406-752-4077  www.flatheadcd.org

**310-PERMIT APPLICATION #FL2020009, Haskill Creek trib., FNF/Big Mtn Winter Sports**

**EXHIBIT**
FCD-120

| Revised: 6/5/15 (310 form 270). Form may be downloaded from: www.dnrc.mt.gov/licenses-and-permits/stream-permitting | AGENCY USE ONLY: Application # _____ Date Accepted _____ / Initials ____ Date | Date Received _____ |

| This space is for all Department of Transportation and SPA 124 permits (government projects). Project Name _____ Control Number _____ MEPA/NEPA Compliance ☐ Yes _____ Contract letting date _____ ☐ No  If yes, #14 of this application | FL2019005        2019 LO Name: GNP Stream: Unnamed S11T33R18Topog: Mt Canon /Camas Ridge E.  **Supervisor/s: RB** |

# JOINT APPLICATION FOR PROPOSED WORK IN MONTANA'S STREAMS, WETLANDS, FLOODPLAINS, AND OTHER WATER BODIES

Use this form to apply for one or all local, state, and federal permits listed below. The applicant is the responsible party for the project and the point of contact unless otherwise designated. **"Information for Applicant"** includes agency contacts and instructions for completing this application. **To avoid delays,** submit all required information, including **a project site map and drawings.** Incomplete applications will result in the delay of the application process. **Other laws may apply.**

## The applicant is responsible for obtaining all necessary permits and landowner permission before beginning work.

| ✓ | PERMIT | AGENCY | FEE |
|---|--------|--------|-----|
| ✓ | 310 Permit | Local Conservation District | No fee |
|   | SPA 124 Permit | Department of Fish, Wildlife and Parks | No fee |
|   | Floodplain Permit | Local Floodplain Administrator | Varies by city/county ($25 - $500+) |
|   | Section 404 Permit, Section 10 Permit | U. S. Army Corps of Engineers | Varies ($0 - $100) |
|   | 318 Authorization 401 Certification | Department of Environmental Quality | $250 (318); $400 - $20,000 (401) |
|   | Navigable Rivers Land Use License, Lease, or Easement | Department of Natural Resources and Conservation, Trust Lands Management Division | $50, plus additional fee |

## A. APPLICANT INFORMATION

NAME OF **APPLICANT** (person responsible for project): Flathead Electric Cooperative (David Preble)
Has the landowner consented to this project?        ■ Yes          ☐ No
Mailing Address: 2510 US Hwy 2 East
Physical Address: _____
Day Phone: 406-751-4466     Evening Phone: 406-253-9514     E-Mail: d.preble@flathead.coop

NAME OF **LANDOWNER** (if different from applicant): Glacier National Park
Mailing Address: PO Box 128, West Glacier MT 59936
Physical Address: 64 Grinnell Drive, West Glacier MT 59936
Day Phone: 406-888-7800     Evening Phone: _____     E-Mail: _____

NAME OF **CONTRACTOR/AGENT** (if one is used): Rocky Mountain Contractors Inc.
Mailing Address: 2214 US Hwy 2 E, Kalispell MT
Physical Address: _____
Day Phone: 406-752-4277     Evening Phone: _____     E-Mail: _____

## B. PROJECT SITE INFORMATION

NAME OF **STREAM** or **WATER BODY** at project location No Name          Nearest Town West Glacier
Address/Location: 599 North McDonald Lake Road _____ Geocode (if available): _____
NE 1/4 SE 1/4 NW 1/4, Section 11 _____, Township 33N _____, Range 18W _____ County Flathead
Longitude 113.877 _____, Latitude 48.641 _____

The state owns the beds of certain state navigable waterways. Is this a state navigable waterway? Yes or No. If yes, send copy of this application to appropriate DNRC land office – see Information for Applicant.

RECEIVED
FEB 0 1 2019
copies sent to Reg4 FWP 2/4/19
Flath

**ATTACH A PROJECT SITE MAP OR A SKETCH** that includes:  1) the water body where the project will take place, roads, tributaries, landmarks; 2) a circled "X" representing the exact project location.  IF NOT CLEARLY STATED ON THE MAP OR SKETCH, **PROVIDE WRITTEN DIRECTIONS TO THE SITE.**

## C. PROJECT INFORMATION

1. **TYPE OF PROJECT** (check all that apply)

☐ Bridge/Culvert/Ford Construction
☐ Bridge/Culvert/Ford Removal
☐ Road Construction/Maintenance
☐ Bank Stabilization/Alteration
☐ Flood Protection
☐ Channel Alteration
☐ Irrigation Structure
☐ Water Well/Cistern
☐ Excavation/Pit

☐ Fish Habitat
☐ Recreation (docks, marinas, etc.)
☐ New Residential Structure
☐ Manufactured Home
☐ Improvement to Existing Structure
☐ Commercial Structure
☐ Wetland Alteration
☐ Temporary Construction Access
☐ Other _____

☐ Mining
☐ Dredging
☐ Core Drill
☐ Placement of Fill
☐ Diversion Dam
☑ Utilities
☐ Pond
☐ Debris Removal

2. **PLAN OR DRAWING** of the proposed project **MUST** be attached.  **This plan or drawing must include:**

• a plan view (looking at the project from above)
• dimensions of the project (height, width, depth in feet)
• location of storage or stockpile materials
• drainage facilities
• an arrow indicating north

• a cross section or profile view
• an elevation view
• dimensions and location of fill or excavation sites
• location of existing or proposed structures, such as buildings, utilities, roads, or bridges

3. **IS THIS APPLICATION FOR** an annual maintenance permit?   ☐ Yes        ☐ No
(If yes, an annual plan of operation must be attached to this application – see "Information for Applicant")

4. **PROPOSED CONSTRUCTION DATE.**  Include a project timeline.  Start date  4 / 1 / 2019
Finish date  9 / 30 / 19   Is any portion of the work already completed? ☐ Yes     ☑ No
(If yes, describe the completed work.)

5. **WHAT IS THE PURPOSE** of the proposed project?
Install a primary power line to serve privately owned properties

6. **PROVIDE A BRIEF DESCRIPTION** of the proposed project.
By use of directional bore, install conduit for primary power line beneath creek.

7. **WHAT IS THE CURRENT CONDITION** of the proposed project site?  Describe the existing bank condition, bank slope, height, nearby structures, and wetlands.
Project site lies alongside shoulder of No. McDonald lake road.

8. **PROJECT DIMENSIONS.**  How many linear feet of bank will be impacted?  How far will the proposed project encroach into and extend away from the water body?
Zero impact expected.

9. **VEGETATION.** Describe the vegetation present on site. How much vegetation will be disturbed or covered with fill material during project installation? (Agencies require that only vegetation necessary to do the work be removed.) Describe the revegetation plan for all disturbed areas of the project site in detail.
Natural stream course vegetation will not be impacted.

10. **MATERIALS.** Describe the materials proposed to be used. Note: This may be modified during the permitting process. It is recommended you do not purchase material until all permits are issued.

| Cubic yards/Linear feet | Size and Type | Source |
|---|---|---|
| N/A | | |

11. **EQUIPMENT.** List all equipment that will be used for construction of the project. How will the equipment be used on the bank and/or in the water? Note: Make sure equipment is clean and free of weeds, weed seeds, and excess grease before using it in the water waterway. To prevent the spread of aquatic invasive species, to the extent practical, remove mud and aquatic plants from heavy machinery and other equipment before moving between waters and work sites, especially in waters known to be infested with aquatic invasive species. Drain water from machinery and let dry before moving to another location.
Directional boring equipment: Boring machine, slurry/pump truck, conduit reel trailer/truck.  No equipment shall be in water or near the bank.

12. **DESCRIBE PLANNED EFFORTS TO MINIMIZE PROJECT IMPACTS.** Consider the impacts of the proposed project, even if temporary.   What efforts will be taken to:

- Minimize erosion, sedimentation, or turbidity?
Directional bore

- Minimize stream channel alterations?
Directional bore

- Minimize effects to stream flow or water quality caused by materials used or removal of ground cover?
Directional bore

- Minimize effects on fish and aquatic habitat?
Directional bore

- Minimize risks of flooding or erosion problems upstream and downstream?
Directional bore

- Minimize vegetation disturbance, protect existing vegetation, and control weeds?
Directional bore

13. **WHAT ARE THE NATURAL RESOURCE BENEFITS** of the proposed project?
Provide power for new septic/sewage treatment systems.

14. **LIST ALTERNATIVES** to the proposed project.  Why was the proposed alternative selected?
No other alternatives exist.

**D. ADDITIONAL INFORMATION FOR SECTION 404, SECTION 10, AND FLOODPLAIN PERMITS ONLY.**
If applying for a Section 404 or Section 10 permit, fill out questions 1-3. If applying for a floodplain permit, fill out questions 3-6. (Additional information is required for floodplain permits – See "Information for Applicant.")

1. Will the project involve placement of dredged (excavated) and/or fill material below the ordinary high water mark, in a wetland, or other waters of the US? If yes, what is the surface area to be filled? How many cubic yards of fill material will be used? Note: Wetland delineations are required if wetlands are affected.

2. Description of avoidance, mitigation, and compensation (see Information for Applicant). Attach additional sheets if necessary.

3. List the names and address of landowners adjacent to the project site. This includes properties adjacent to and across from the project site. (Some floodplain communities require certified adjoining landowner lists).

4. List all applicable local, state, and federal permits and indicate whether they were issued, waived, denied, or pending. Note: All required local, state, and federal permits, or proof of waiver must be issued prior to the issuance of a floodplain permit.

5. Floodplain Map Number _____

6. Does this project comply with local planning or zoning regulations? ■ Yes   ☐ No

**E. SIGNATURES/AUTHORIZATIONS -- Each agency must have original signatures signed in blue ink.**

**After completing the form**, make the required number of copies and **then sign each copy.** Send the copies with original signatures and additional information required directly to each applicable agency.

The statements contained in this application are true and correct. The applicant possess' the authority to undertake the work described herein or is acting as the duly authorized agent of the landowner. The applicant understands that the granting of a permit does not include landowner permission to access land or construct a project. Inspections of the project site after notice by inspection authorities are hereby authorized.

APPLICANT (Person responsible for project):
Print Name: Flathead Electric Cooperative

LANDOWNER:
Print Name: Glacier National Park

_____   2/1/19
Signature of Applicant          Date

_____
Signature of Landowner          Date

*CONTRACTOR/AGENT:
Print Name: Rocky Mountain Contractors

_____
Signature of Contractor/Agent     Date
*Contact agency to determine if contractor signature is required.

Form 270a FCD (rev 2015)
(Required to be completed as **part of the 310-application** if anyone except the landowner is responsible for work on the project.
AR, Rule 7 (b)

## Stream Work Authorization and Permission
### For the
### Mt. Natural Streambed & Land Preservation Act ("310")

_Landowner Information_:

Name: US Government, Glacier National Park

Mailing Address: PO Box 128

West Glacier, MT 59936

_Applicant/Contractor Information:_

Name: Flathead Electric Cooperative

Address: 2510 US Hwy 2 East

Kalispell, MT 59901

As the landowner, I do hereby give permission to the above named applicant/contractor to enter upon and to proceed with work on my property located at:

Site Address: 599 North McDonald Lake Road

Glacier National Park, MT 59936

I also authorize the inspection of the project site by inspecting authorities.

I understand that I, as current legal landowner, am also responsible to see that the work meets the final specifications as determined by the Flathead Conservation District.

Signed,

_____  _____
Landowner signature – _faxed, electronic, and photocopied signatures are acceptable_   (Date)

**Attach original to 310-application & return to:**
Flathead Conservation District
133 Interstate Lane
Kalispell, MT 59901
_Phone (406) 752-4220, Fax (406) 752-4077_









**FL2019005**      **2019**
**LO Name:** GNP
**Stream:** Unnamed
S11T33R18Topog: Mt Canon
/Camas Ridge E.   **Supervisor/s:** RB

ROAD CLASSIFICATION

...ad, all weather,        Unimproved road, fair or dry
...rface                   weather

Mapped, edited, and published by the Geological
Control by USGS and USC&GS
Topography by photogrammetric methods from aerial
photographs taken 1966. Field checked 1968
Polyconic projection.   1927 North American datum
10,000-foot grid based on Montana coordinate system,
north zone

# FLATHEAD COUNTY GIS

KALISPELL, MONTANA

GIS Home

Downloadable Data

Search

Help

Contact Us

map scale: **1:7,985**   map center: **latitude 48° 38' 8.65 longitude -113° 51' 16.35**   active tool: **pan map**   active layer:   **Parcel Owners Physical Address ▼**

Form 273 (Rev. 09/22/03)
(file name 273-03.doc)

## 310 PERMIT
## CONSERVATION DISTRICT'S DECISION

DECISION DATE: 2/11/19

**Notice: THIS AUTHORIZATION DOES NOT GIVE PERMISSION TO CARRY OUT A PROJECT ON LAND THAT IS NOT OWNED BY THE HOLDER OF THIS PERMIT.** Landowner permission, easements or other federal, state, or local permits, licenses, special use permits, or authorizations may be required before construction of the project. It is the duty of the holder of this permit to determine which are necessary and obtain them prior to construction of the project.

Landowner Name/Address: **Glacier National Park, PO Box 128, West Glacier, MT 59936**
Applicant Name/Address: **Flathead Electric Coop, 2214 US Hwy 2 E., Kalispell, MT 59901**
Perennial Stream: **Unnamed** Section: **11** Township: **33** Range: **18**

**Supervisors' Decision** (check)

[X] Approved

[ ] Approved With Modifications

[ ] Denied

[ ] Not A Project

Explanation: _____
_____
_____
_utilities_
_____

[X] See Attached (if more room is necessary)

[ ] Check here if **15-day waiting period** has been waived

Work may begin on or after: 2/25/19

Permit Expiration Date: 7/1/2019

Date Transmitted to Applicant & DFWP: 2/15/19

**Supervisors' Signatures**

Pete C. Shaw
Ron Shaw
_____
Verdell Jackson
_____
Dean Sirucek

---

### TO BE COMPLETED BY THE APPLICANT
Check the appropriate box, sign and return a copy to the district office **within 15 days** of receipt of this permit.

☐ **I agree** to proceed with the project in accordance with the approved application and specifications outlined in this permit and will allow a follow-up inspection.

☐ **I disagree** with the terms of this permit and I will seek judicial review in **district court** within 15 days of receipt of this permit. (This box may only be checked if you did not sign an arbitration agreement when you submitted your application.)

☐ **I disagree** with the terms of this permit and hereby request **arbitration**. I agree to abide by the arbitration agreement attached to or on the **reverse of this form** – OR, if an arbitration agreement was signed when the permit application was submitted, I will abide that agreement.

Signature of Applicant: _____     Date: _____

**FLATHEAD CONSERVATION DISTRICT**
133 Interstate Lane, Kalispell, MT 59901  Phone: 406-752-4220  Fax: 406-752-4077  www.flatheadcd.org

310-PERMIT APPLICATION #FL2019005, Unnamed Stream, GNP

## NATURAL STREAMBED AND LAND PRESERVATION ACT - ARBITRATION AGREEMENT

The Natural Streambed and Land Preservation Act arbitration process is governed by the Uniform Arbitration Act, MCA §27-5-111 through §27-5-324, except as expressly provided as provided herein. According to MCA §75-15-112, any team member may request arbitration. The team includes the applicant, a representative of the Department of Fish, Wildlife and Parks, and a representative of the conservation district.

**1. Parties.** The applicant and the conservation district are always a party to the arbitration process. If the applicant requests arbitration, parties will include the applicant and the conservation district. If the Department of Fish, Wildlife and Parks requests arbitration, parties will include the Department of Fish, Wildlife and Parks, the applicant, and the conservation district. If the conservation district representative requests arbitration, the parties will include the conservation district, the conservation district's representative, and the applicant. The team member requesting arbitration is the contesting party.

**2. Administering Agency.** The conservation district or the county attorney will act as the administering agency for the arbitration process. The conservation district shall provide clerical services to collect fees associated with the costs of the arbitration panel.

**3. Selection of the Arbitration Panel.** Within 30 days of the request for arbitration, the contesting party and the conservation district will submit to the administering agency the names and qualifications of three consenting persons who reside in the judicial district in which the dispute is taking place. The consenting persons must reside in the judicial district in which the dispute takes place. The parties may agree on a list of no less than four consenting persons to act as the arbitrators to be submitted to the senior judge. That list shall contain all of the names and qualifications of the consenting persons without designating the party submitting the names to the conservation district. The senior judge will select three persons from the list who, from a review of the qualifications, appear to be the most impartial to serve as arbitrators. If the contesting party fails to submit names within 30 days, the request for arbitration is deemed withdrawn. If the other parties fail to submit names and qualifications, the arbitrators must be selected from the list provided by the administrating agency by the senior district judge. The arbitration panel shall only sit for the period of time necessary to settle the dispute before it and will review the proposed project pursuant to this arbitration agreement and in accordance with the statutory criteria set forth in MCA §75-7-112, implementing rules, and the policy set forth by MCA §75-7-102. The panel may appoint a chair. The powers of the arbitration panel shall be exercised by majority agreement of the panel. If during the course of the hearing an arbitrator ceases to act, the remaining panel members may continue with the hearing and make a determination on the dispute.

**4. Costs of the Arbitration.** Costs of the arbitration panel, computed as for jurors' fees under MCA §3-15-201, shall be borne by the contesting party. Clerical costs of the panel shall be paid by the non-prevailing party as determined by the panel. For all other expenses, including counsel fees, each party shall bear its own costs.

**5. Prehearing.** The panel may call a prehearing conference to set the arbitration schedule, and to request specific written information from the parties.

**6. Date, Time, and Place of Hearing.** The panel will select the time and place for the hearing. The hearing must be held in the judicial district in which the dispute takes place. The panel may consider requests for specific locations for the hearing. The panel may conduct on-site inspections. The panel may require the parties to submit copies of exhibits and a summary of its case, including a list of witnesses, to the panel and all other parties, prior to the hearing.

**7. Notice of Hearing.** Not less than ten days before the hearing, the administering agency shall give notice to each party. The notice must be by personal delivery or by certified mail. The notice shall include a description of the subjects and issues involved and the time and place of the hearing.

**8. Representation.** All parties have the right to be represented by an attorney. The arbitration panel may request the district court issue subpoenas for the attendance of witnesses and the production of books, records, documents, and other evidence and may administer oaths. The provisions of law providing for service of subpoenas are applicable. The arbitration panel may permit a deposition to be taken of a witness who cannot be subpoenaed or is unable to attend the hearing. At the conclusion of the hearing, the panel may take the matter under advisement. A majority of the panel will render a final decision.

**9. Procedure at the Hearing.** Each party may give opening statements, describing, generally, their position on the supervisors' decision. The contesting party will then present its witnesses and evidence. If there is more than one contesting party, then the chair shall determine the order of presentation by the contesting parties. The other parties will follow, in turn as directed by the chair, with their witnesses and evidence. A witness is subject to cross-examination by the parties to the proceeding. A panel member may ask questions of any witness or party to the dispute. Each party may conclude with closing remarks or statements summarizing their positions and evidence. The hearing must be tape-recorded. If the judicial review is necessary, the tapes or relevant portions of the tapes may be transcribed. The parties may arrange for a transcription of the hearing at their own cost.

**10. Award.** The award is the final decision of the arbitration panel. The award must be in writing and signed by the arbitrators. The arbitration panel's award must be issued within 60 days after the hearing. The arbitration panel shall deliver a copy of the decision to each of the parties and the district judge either personally or by certified mail. The district court shall confirm the panel's award, unless a party applies and shows grounds for vacating, modifying, or correcting the award.

**11. Judicial Review.** If the panel's decision is contested, the court will review the panel's decision in accordance with MCA §27-5-312 and 313, Uniform Arbitration Act.

**12. Other.** Please specify.

_____ Date:_____      _____ Date:_____
Requesting Party                                        Conservation District

**310-PERMIT APPLICATION #FL2019005, Unnamed Stream, GNP**



**Flathead Conservation District**
133 Interstate Lane, Kalispell, MT 59901
Phone: 406-752-4220   Fax: 406-752-4077
Website: www.flatheadcd.org

## 310-PERMIT ATTACHMENT

**MONTANA NSLPA 310 PERMIT:** #FL2019005, unnamed stream, GNP
**Legal Description**: S11 T33 R18
**Landowner:** Glacier National Park, PO Box 128, West Glacier, MT 59936
**Applicant:** Attn: David Preble, Flathead Electric Coop.,
2510 US Hwy 2 East, Kalispell, MT 59901
**Stream:** Unnamed
**Decision Date:** 2/11/2019
**Approved Project:** utilities
**Permit Expiration Date:** 7/1/2019

**WORK MAY BEGIN ON OR AFTER**:   2/25/2019
(Note: If date listed, this date is 15-days after the decision is made. Day 1 is date of decision) <u>only</u> if the "310 PERMIT CONSERVATION DISTRICT'S DECISION" form has been signed by the applicant/landowner & returned to the Flathead CD <u>within 15 days</u> of receipt of the permit. Failure to return the form will automatically **VOID** the permit without further warning.


**SPECIFICATIONS & STANDARDS**
Work is to be completed as outlined in the application, in addition to the following **points**:

<u>**UTILITY LINES (ELECTRICAL, SEWER LINES – DISPOSAL FACILITIES,**</u>
<u>**UTILITY LINE BURIAL – BORING - TRENCHING, WATERLINES, WELLS AND CISTERNS)**</u>
   **Standards**
   a.   **Sewer lines/Disposal facilities**:
        Streamside sewage pump out facilities may be placed in public or private marinas or public parks.
        i.    Such facilities must include equipment to pump or otherwise receive and transfer contents of vessel holding tanks into a sewage retention and/or disposal system located outside the flood plain.
        ii.   Such facilities must include in the design appropriate plans to prevent all spillage or leakage from entering the stream.

   b.   **Utility Line Burial**:

        i.    **Boring**
              1.   The proposed activity may be determined by the board, after reviewing the application, to not be a project requiring a permit if utility line boring takes place a minimum of twenty (20) feet away from the top of the highest bench of the bank, and takes place a minimum of five (5) feet below the lowest part of the stream.

2.  No discharged material from the drilling process can enter into the stream and its' immediate banks.
3.  This rule can only be used if the Flathead Conservation District office is notified ten (10) days before the proposed project is to begin and standards i.1. and i.2. are met.

**ARBITRATION**

Note that if you do not agree with the Conservation District's Decision you may request arbitration, or seek judicial review in district court within 15 days of receipt of this permit. (Note: the day after receipt is considered day 1) (See <u>NATURAL STREAMBED AND LAND PRESERVATION ACT - ARBITRATION AGREEMENT</u> on the back side of the 310 PERMIT CONSERVATION DISTRICT'S DECISION form).

**WORK COMPLETION, PERMIT EXTENSION, INSPECTION**

- When work has been completed, you are <u>required</u> to fill out and return the enclosed <u>310-PERMIT WORK COMPLETION FORM</u> to the Flathead Conservation District office so that a follow-up inspection can be made.

- If the project is not completed, a <u>written request</u> for a **time extension** must be received in the Flathead Conservation District office <u>prior</u> to the expiration date. (Note: only one time extension is allowed.) If the extension request is received after the expiration date, you must re-apply for another permit. You must have a valid permit before beginning any work.

- The Flathead Conservation District retains the right to inspect the project during and after construction, and will contact the landowner/applicant.

**RELIANCE ON APPLICANT'S DATA**

It is the determination of this office that issuance of this permit was made in reliance on the information you provided.

**RE-EVALUATION OF PERMIT DECISION**

This office may re-evaluate its decision on this permit at any time the circumstances warrant. Circumstances that could require a reevaluation include, but are not limited to, the following:

a.  You fail to comply with the terms and conditions of this permit.
b.  The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (See RELIANCE ON APPLICANT'S DATA)
c.  Significant new information surfaces which this office did not consider in reaching the original decision.

**310-Permit #FL2019005, Unnamed, GNP**

**PERMITTEE'S RISK**

The permittee is hereby notified that any financial outlay or work invested in a project pursuant to this authorization is at the permittee's risk. The issuance of this authorization does not reduce the permittee's liability for damage caused by development of the authorized project. Nor does the conservation district in issuing this authorization in any way acknowledge liability for damage caused by the permittee's development of the authorized project.

**OTHER NECESSARY PERMITS**

The FCD Board of Supervisors advises that **the issuance of a 310-permit does not relieve the parties involved from securing other necessary permits** which are listed in the application form.


Ronald Buentemeier, Supervisor


cc:          Montana Fish, Wildlife and Parks, Kalispell
             Landowner


ORIGINAL to:  Applicant


**310-Permit #FL2019005, Unnamed, GNP**

# 310-Permit Work Completion Form

## 310-Permit Information

**MONTANA NSLPA 310 PERMIT:** #FL2019005, unnamed stream, GNP
**Legal Description:** S11 T33 R18
**Landowner:** Glacier National Park, PO Box 128, West Glacier, MT 59936
**Applicant:** Attn: David Preble, Flathead Electric Coop.,
2510 US Hwy 2 East, Kalispell, MT 59901
**Stream:** Unnamed
**Decision Date:** 2/11/2019
**Approved Project:** utilities
**Permit Expiration Date:** 7/1/2019

## Requirements

- The Applicant/Landowner is required to return this form to the Flathead Conservation District when work is completed or the permit expires.
- Include pre and post photos of the project.

## Date work completed _____

Note: If work not completed, provide explanation below.

## Explanation

_____

_____

_____

## Contact Information (Required for Follow-Up Inspection)

Name _____

Address _____

Phone/Cell # _____

Email_____

## Flathead Conservation District

133 Interstate Lane, Kalispell, MT 59901. Phone: 406-752-4220, Fax 406-752-4077
Website: www.flatheadcd.org

Rev. 5/2017

**310-Permit #FL2019005, Unnamed, GNP**

310-Permit #FL2019005, Unnamed, GNP

Form 273 (Rev. 09/22/03)
(file name 273-03.doc)

# 310 PERMIT
## CONSERVATION DISTRICT'S DECISION

DECISION DATE: 2/11/19

Notice: **THIS AUTHORIZATION DOES NOT GIVE PERMISSION TO CARRY OUT A PROJECT ON LAND THAT IS NOT OWNED BY THE HOLDER OF THIS PERMIT.** Landowner permission, easements or other federal, state, or local permits, licenses, special use permits, or authorizations may be required before construction of the project. It is the duty of the holder of this permit to determine which are necessary and obtain them prior to construction of the project.

Landowner Name/Address: **Glacier National Park, PO Box 128, West Glacier, MT 59936**
Applicant Name/Address: **Flathead Electric Coop, 2214 US Hwy 2 E., Kalispell, MT 59901**
Perennial Stream: **Unnamed** Section: **11** Township: **33** Range: **18**

**Supervisors' Decision** (check)

[X] Approved

[ ] Approved With Modifications

[ ] Denied

[ ] Not A Project

Explanation: _____

_utilities_

[X] See Attached (if more room is necessary)

[ ] Check here if **15-day waiting period** has been waived

Work may begin on or after: 2/25/19

Permit Expiration Date: 7/1/2019

Date Transmitted to Applicant & DFWP: 2/15/19

**Supervisors' Signatures**

_Pete C. Snow_
_Dan Slum_
_JCQ_
_Verdell Jackson_
_ragdel Blightmier_
_Dean Jenucee_

## TO BE COMPLETED BY THE APPLICANT
Check the appropriate box, sign and return a copy to the district office **within 15 days** of receipt of this permit.

[ ] **I agree** to proceed with the project in accordance with the approved application and specifications outlined in this permit and will allow a follow-up inspection.

[ ] **I disagree** with the terms of this permit and I will seek judicial review in **district court** within 15 days of receipt of this permit. (This box may only be checked if you did not sign an arbitration agreement when you submitted your application.)

[ ] **I disagree** with the terms of this permit and hereby request **arbitration**. I agree to abide by the arbitration agreement attached to or on the **reverse of this form** – OR, if an arbitration agreement was signed when the permit application was submitted, I will abide that agreement.

Signature of Applicant: _____   Date: 2/19/19

**FLATHEAD CONSERVATION DISTRICT**
133 Interstate Lane, Kalispell, MT 59901  Phone: 406-752-4220  Fax: 406-752-4077  www.flatheadcd.org

RECEIVED

FEB 21 2019

Flathead CD

**310-PERMIT APPLICATION #FL2019005, Unnamed Stream, GNP**

270 R1/77
Return completed form to:

Case 9:23-cv-00151-KLD   Document 81 Filed 06/03/24   Page 54 of 56

App. No. *FC-24-77*

Date Re'd *2-11-77*

Instructions on reverse side

EXHIBIT
FCD-107

**STATE OF MONTANA**

**NATURAL STREAMBED AND LAND PRESE[RVATION]**

**NOTICE OF PROPOSED PROJE[CT]**

1. a. Name of Applicant _U.S. Forest Service, Flathead National Forest, Glacier View R.D._

   Address _Box W_                  City or Town _Columbia Falls_

   State _Montana_          Zip Code _59912_          Telephone No. _892-4372_

   b. Name and address of owner of site: (if different from applicant)

   _James Lenon_                                        Telephone No. _____

   _Box 872, Whitefish, MT   59937_

   c. Name, address and title of applicant's authorized agent for permit application coordination: (attorney, business manager, etc.)

   _____                       Telephone No. _____

2. Name of stream at location of activity: _Big Creek_          County: _Flathead_

   Location of the proposed activity: __¼ __¼ __¼          Section _23_     Township _32N_     Range _22W_

3. Describe proposed activity, type of structure, method of construction, materials and equipment to be used:

   _Work will consist of removal of temporary culverts or bridges which have collapsed into_
   _the streams or threaten to do so, construction of earthen erosion barriers on temporary_
   _roads and old skid trails, open berms along abandoned travel routes, and seed disturbed_
   _areas with grass seed to provide protective ground cover.  Equipment planned to be used_
   _will be a D-6 or equivalent size crawler tractor w/winch and hydraulic controlled blade._

4. Date activity is proposed to commence: _9/1/77_     Date activity is expected to be completed: _9/23/77_

5. Names and addresses of surrounding property owners and those whose lands adjoin the stream near the point of activity: (upstream, downstream, across)

   _American Timber Co._                    _____

   _136 1st Ave. East_                      _____

   _Kalispell, MT   59901_                  _____

6. Has any agency denied approval for the activity described herein or for any activity related to the activity described herein? ___ Yes _X_ No

   If yes, explain further on attachment.

7. THE APPLICANT CERTIFIES THAT THE STATEMENTS APPEARING HEREIN ARE TO THE BEST OF HIS KNOWLEDGE TRUE AND
   CORRECT, AND HEREBY AUTHORIZES THE INSPECTION OF THE PROJECT SITE BY INSPECTING AUTHORITIES.

   Signature: _____     Date: _7/5/77_
   District Ranger

271 R1/77          THE FOLLOWING ITEMS ARE NOT TO BE COMPLETED BY THE APPLICANT

The application proposal (is) (is not) a project as defined by the Natural Streambed and Land Preservation Act.  Reasons: _____

_Proposed project could have significant impact_
_on stream._

If the application is not a project as defined in this act, applicant may proceed with proposal.

BOARD'S SIGNATURES:

_____

Date: _7/4/77_

STATE OF MONTANA

NATURAL STREAMBED AND LAND PRESERVATION ACT
BOARD'S DECISION

Name of District (or County if applicable   FLATHEAD CONSERVATION DISTRICT; KALISPELL, MT.

Address   685 Sunset Blvd.                                      Telephone Number   257-6242

Name of Applicant   U.S. FOREST SERVICE; F.N.F.; Glacier View Ranger District

Board Decision (circle):   Approval      Denial      Approved with Modification

Board's Signatures:

Date Transmitted to Applicant and Department Team Members   _____

"Approval" permits applicant to proceed with project upon expiration of 10 days after receipt of this decision unless arbitration is requested by the Department of Fish and Game within five days.

No work may begin on any project "approved with modification" unless written permission is given by all team members within 15 days or if arbitration is requested by the Department of Fish and Game within five days.

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

To be filled out by applicant and returned to the supervisors within 15 days if applicable.

☐   I hereby agree to proceed with the project in accordance with the proposed board modifications contained herein.

☐   I prefer to go to arbitration (notice within five days)

Signature of Applicant   _____

Printed or Typed Name   _____

June 13, 1977

Mr. Ronald C. Prichard, District Ranger
Glacier View Ranger District, Flathead National Forest
U.S. Forest Service
Box W
Columbia Falls, Mt. 59912

Dear Mr. Prichard:

Your six applications for work on Big Creek were reviewed at the regular
meeting of the Board of Supervisors of the Flathead Conservation District.
Enclosed you will find the six permits which were approved with the
following stipulations:

  1) Project plans will remain "open" for modification or additions
     after discussion and agreements with all parties (USFS, Mt. Fish
     & Game, Flathead Conservation District).

  2) We would like to be advised when the project work starts and
     will volunteer our assistance in decisions on any hydraulic
     problems.

If you have any questions concerning this, please contact our office.

The Board of Supervisors advises that the issuance of this permit does not
relieve any party from compliance with other laws such as the Corps of
Engineers' "404" Permit, water quality laws, etc.

Sincerely,

Cathy Jones
Administrative Assistant