David K. W. Wilson, Jr.
Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT 59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>   Plaintiffs,<br><br>v.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>   Defendant.<br><br>and<br><br>FRIENDS OF MONTANA STREAMS AND RIVERS,<br><br>   Intervenors, | Cause No.: CV 23-151-M-DLC-KLD<br><br>**INTERVENOR'S MOTION FOR SUMMARY JUDGMENT** |

  Comes now, Intervenors Friends of Montana Streams and Rivers and respectfully request that this Court, pursuant to Rule 56, F. R. Civ. P., grant

summary judgment in favor of the Defendant and Intervenors on Count I of the Plaintiff's Complaint.

Dated this 3rd day of June, 2024.

                MORRISON SHERWOOD
                WILSON DEOLA, PLLP

                By:   /s/Robert Farris-Olsen
                        Robert Farris-Olsen

                        *Attorneys for the Intervenors FMSR*