David K. W. Wilson, Jr.
Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT 59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER, | Cause No.: CV 23-151-M-DLC-KLD |
| Plaintiffs, | |
| v. | **DECLARATION OF MONICA JUNGSTER** |
| FLATHEAD CONSERVATION DISTRICT, | |
| Defendant. | |

I, Monica Jungster, declare under penalty of perjury

1.     I am over 18 years of age and am a member of Montana Friends of Streams and Rivers (FMSR).

2.     I am also heavily involved with community development. I worked on the West Glacier Vision Plan and am a liaison and leader in wildfire preparedness

Exhibit 1
Page 1 of 12

meetings. I also work with other inholders, the Park, and the community through modeling, cooperation and collaboration.

3.      Since 1960 I have owned an inholding in Glacier National Park. It is located at 198 Apgar Loop Road.

4.      In early 2023, I filed a complaint with the Flathead Conservation District regarding John and Stacy Ambler's property in Apgar. Their property is located approximately 500 feet west of mine. It is adjacent to McDonald Creek, the outflow from Lake McDonald.

5.      The Conservation District received my complaint on approximately February 9, 2023.

6.      In my complaint, I explained to the Conservation District that "a large building is being built very close to McDonald Creek in possible violation of the Montana Natural Streambed and Land Preservation Act, the Montana Stream Protection Act, the Montana Flood Plain and Floodway Management act and other." *See* Ex. 1 attached hereto.

7.      As part of the Complaint, I highlighted the historical flooding of the area and expressed my concern about the potential for flooding.

8.      Apgar has a long history of flooding. Particularly, in 1964, there was catastrophic flooding due to a heavy snowpack and warm spring rains. This rain on

Exhibit 1
Page 2 of 12

snow event caused McDonald Creek to flow backwards toward Lake McDonald and flooded parts of Apgar.

9.      The flood waters extended 25-50 feet to the east of McDonald Creek, including the area where the Amblers' new building is located. In fact, a white house owned by a Ms. Powell was left "hanging" over the bank in this particular area. the property left after the flood, on which the Ambler's house is built, is only 0.05 acres.

10.     Another property – a rental cabin – floated down stream to the Camas bridge where it had to blasted apart.

11.     Every year since then, I've watched for flooding of McDonald, particularly in the flood plain where the Ambler house is located.

12.     More recently, On November 7 and 8, 2006, a "Pineapple Express" storm caused serious bridge and road damage with flooding of Upper McDonald Creek. The level of the Lake McDonald rose about three feet.

13.     At the time, the Glacier National Park Superintendent Mick Holm publicly advised that the bridge repairs could not begin until all required permits were signed and received from the State of Montana. *See*, National Park Service, *Westside Flooding Repairs Update*, https://www.nps.gov/glac/learn/news/news07-07.htm (Mar. 2, 2007).

Exhibit 1
Page 3 of 12

14.     This same bridge was mentioned again in a *Hungry Horse News* article following the Howe Ridge Fire. The article states that bridge traffic is limited to foot traffic and goes on to quote Glacier's regulations that water and sewage systems must comply with standards prescribed by state and county laws and regulations. See, *Hungry Horse News, Rebuilding Kelly's Camp Will Come With Challenges*, https://hungryhorsenews.com/news/2019/jan/09/rebuilding-kellys-camp-will-come-with-10/

15.     Flooding has also regularly occurred along McDonald Creek below Apgar at the Quarter Circle Bridge. During the 1990s, for example, my neighbors and I would always question "is the quarter circle bridge closed again?".

16.     Even as recently as 2022 the Quarter Circle Bridge was at risk. In fact, I had to cancel one West Glacier Community Wildfire Preparedness meeting due to flooding and because Emergency staff were busy with flooding and the Quarter Circle Bridge on Lower McDonald Creek had closed again.

17.     In my lifetime, major and minor flooding happens regularly. Floods will likely continue happening into the future.

I declare under the penalty of perjury that the foregoing is true and correct

Dated this ⟨2⟩ day of June, 2024.

Monica Jungster

Exhibit 1
Page 4 of 12

EXHIBIT
FCD - 1

Form 274

STATE OF MONTANA NATURAL STREAMBED AND LAND P
OFFICIAL COMPLAINT

FL-2023-022C 2023
LO Name: Ambler, John & Stacy
Stream: McDonald Creek
S23T32R19 Topog: Lk McDonald W
Supervisor/s: RM

1. **Alleged Violator:** _____

   Address: _____

   Phone No: _____

2. **Landowner Name:** (where alleged violation took place) Ambler, John and stacy

   Address: 1375 Loring St. San Diego CA, 92109

   Phone No: _____

3. **Location of Activity:**

   Name of perennial stream: Lower McDonald Creek - GNP

   Legal description: Section: 23 Township: 32N Range: 19W

   Address of Activity: 74 McDonald Creek Lane, West Glacier, Mt. 59936
   tract30 3219x23-xxx 2ebc9

4. **Nature of Complaint:**
   A. Provide a specific written description of the activity: A large building is being built
   very close to McDonald Creek in possible violation of the
   Montana Natural Streambed and Land Preservation Act,
   The Montana Stream Protection act, The Montana Flood Plain
   and Floodway Management act and others. Re 1964 Flood
   B. **Attach a sketch** of the site. Note any landmarks.
   C. **Provide photos** if available.
   D. **Attach a map** marked with the violation area.

5. **Verification of Alleged Violation:**
   A. Please state whether you have personally viewed the site of the alleged violation.
   Yes, I have viewed the site and enclosed pictures. I own
   property in Apgar since 1960 (Montana House -198 Apgar Loop Rd)
   B. The date of the viewing: Oct. 19, 2022, Nov 28, 2022, January 25, 2023
   C. Is the site viewable from public property (i.e. county/state road)? Yes
   D. If the site is not viewable from public property, who's permission is needed to get to a viewable site?
   In addition the history of the alleged project violation
   location can be found in the glacier park archives of
   the flood of 1964. Damaged structures, bridge to grist Road
   destroyed. McDonald Creek flowed backwards into Lake
   McDonald and 25-50 feet of East bank of Creek washed away.
   A white house owned by Mrs. Powell was left "hanging"
   over bank in area where new building is located. It is also very
   close if not over the high water mark of boat

RECEIVED
copies sent to Amy Rose?
Flathead CD 2/17/2023

Exhibit 1
Page 5 of 12

E.  If you have not viewed the site, please state the basis that forms your belief that a violation is occurring.

_____

_____

_____

_____

6.  **Complainant's Signature** _Monica Jungster_

Printed Name: _Monica Jungster_

Address _535 Sloan Lane, West Glacier, Mt. PoBox 50 West Glacier_

Phone No: _406-261-3747_

**FLATHEAD CONSERVATION DISTRICT**
133 Interstate Lane, Kalispell, MT 59901   Phone: 752-4220   Fax: 752-4077

ANY COMPLAINTS FILED WITH THIS OFFICE MAY BE REQUIRED BY LAW
TO BE OPEN TO THE PUBLIC

(FCD 2020)

Exhibit 1
Page 6 of 12



Exhibit 1
Page 7 of 12



Exhibit 1
Page 8 of 12



Exhibit 1
Page 9 of 12



Exhibit 1
Page 10 of 12



Exhibit 1
Page 11 of 12

1/23/23, 8:28 AM

Print Property Record Card

# Property Record Card

## Summary

### Primary Information

**Property Category:** RP
**Geocode:** 07-4406-23-2-02-01-0000
**Primary Owner:**
AMBLER JOHN & STACY
1375 LORING ST
SAN DIEGO, CA 92109-1908
*NOTE: See the Owner tab for all owner information*
**Certificate of Survey:** 17376-10
**Subdivision:**
**Legal Description:**
S23, T32 N, R19 W, 17376-10, PARCEL N/A, TR 2EBCA IN L3
**Last Modified:** 1/20/2023 10:18:03 PM

**Subcategory:** Residential Property
**Assessment Code:** 0000378700
**PropertyAddress:**

**COS Parcel:** N/A

### General Property Information

**Neighborhood:** 207.550.M
**Living Units:** 0
**Zoning:**
**Linked Property:**

**Property Type:** VAC_R - Vacant Land - Rural
**Levy District:** 07-0C23-08 - MAIN
**Ownership %:** 100

No linked properties exist for this property

**Exemptions:**

No exemptions exist for this property

**Condo Ownership:**
**General:** 0
**Property Factors**

**Limited:** 0

**Topography:**
**Utilities:**
**Access:**
**Location:**

**Fronting:**
**Parking Type:**
**Parking Quantity:**
**Parking Proximity:**

Land Summary

| Land Type | Acres | Value |
|---|---|---|
| Grazing | 0.000 | 00.00 |
| Fallow | 0.000 | 00.00 |
| Irrigated | 0.000 | 00.00 |
| Continuous Crop | 0.000 | 00.00 |
| Wild Hay | 0.000 | 00.00 |
| Farmsite | 0.000 | 00.00 |
| ROW | 0.000 | 00.00 |
| NonQual Land | 0.000 | 00.00 |
| Total Ag Land | 0.000 | 00.00 |
| Total Forest Land | 0.000 | 00.00 |
| Total Market Land | 0.050 | 00.00 |

Deed Information:

| Deed Date | Book | Page | Recorded Date | Document Number | Document Type |
|---|---|---|---|---|---|
| 6/11/2019 | | | 7/11/2019 | 201900014116 | Warranty Deed |

svc.mt.gov/msl/MTCadastral/PrintPropertyRecordCard/GetPropertyRecordCardData?Geocode=07440623202010000

1/2

Exhibit 1
Page 12 of 12