**Trent Baker**
**J.R. Casillas**
Datsopoulos, MacDonald & Lind, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
(406) 728-0810
tbaker@dmllaw.com
jrcasillas@dmllaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>Defendant<br><br>and<br><br>FRIENDS OF MONTANA STREAMS AND RIVERS<br><br>Intervenor. | CV 23-151-M-DLC-KLD<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to F.R.C.P. 56, Plaintiffs John and Stacy Ambler (hereinafter "Plaintiffs" or "Amblers") respectfully file this Motion for Summary Judgment regarding jurisdiction over the Amblers' private land within Glacier National Park.

There are no genuine issues of material fact and Plaintiffs are entitled to summary judgment as a matter of law that: (1) the federal government has jurisdiction to regulate construction on the Amblers' property within Glacier National Park; (2) the Defendant, Flathead Conservation District does not have jurisdiction to regulate construction on the Amblers' property within Glacier National Park; and (3) the Montana Natural Streambed and Land Protection Act, Mont. Code Ann. § 75-7-101 et seq., does not apply to the Amblers' property within Glacier National Park.

The Flathead Conservation District objects to this Motion. The Amblers' Brief in Support is being filed contemporaneously herewith.

DATED this 3rd day of June, 2024.

                                              DATSOPOULOS, MacDONALD & LIND, P.C.

                                              By:   /s/ Trent Baker                    
                                                        Trent Baker
                                                        J.R. Casillas

                                            *Attorneys for Plaintiffs*