UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER,<br><br>Plaintiffs,<br><br>vs.<br><br>FLATHEAD CONSERVATION DISTRICT,<br><br>Defendant.<br><br>and<br><br>FRIENDS OF MONTANA STREAMS AND RIVERS,<br><br>Defendant-Intervenor. | Case No. CV-23-151-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Amblers' motion for summary judgment (Doc. 35) is GRANTED, FCD's cross-motion for summary judgment (Doc. 29) is DENIED, and FMSR cross-motion for summary judgment (Doc. 32) is DENIED.

Dated this 5th day of February, 2025



TYLER P. GILMAN, CLERK

By:   /s/ Hailey Jaksha
      Deputy Clerk