David K. W. Wilson, Jr.
Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN AMBLER and STACY AMBLER, | Cause No.: CV 23-151-M-DLC-KLD |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| FLATHEAD CONSERVATION DISTRICT, | |
| Defendant, | |
| And, | |
| FRIENDS OF MONTANA STREAMS AND RIVERS, | |
| Intervenor. | |

Pursuant to Rule 3 and Rule 4, of the Federal Rules of Appellate Procedure,

notice is hereby given that the Intervenor Friends of Montana Streams and Rivers

(FMSR) hereby appeals to the United States Court of Appeal for the Ninth Circuit.

Plaintiff appeals the District Court's February 5, 2025, Order on cross-motions for

summary judgment at ECF Doc. 51. The Court entered judgment on that same day.

(ECF Doc. 52.)


Dated this 4th day of March, 2025.


                                      MORRISON SHERWOOD
                                      WILSON DEOLA, PLLP

                                      By:    /s/Robert Farris-Olsen
                                                Robert Farris-Olsen
                                                *Attorneys Intervenor*